TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Kyle J. Ortiz, Esq.
Jared C. Borriello, Esq.
Ronald D. Howard. Esq.
Leila Ebrahimi, Esq.

*Conflicts Counsel to Debtors and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                              :
In re:                                        :    Chapter 11
                                              :
MERCON COFFEE CORPORATION., *et al.*,         :    Case No. 23-11945 (MEW)
                                              :
                                              :
                     Debtors[1].              :    (Jointly Administered)
                                              :
-----------------------------------------------------------------x

**SECOND MONTHLY FEE STATEMENT OF TOGUT, SEGAL & SEGAL LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS CONFLICTS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM JULY 1, 2024 THROUGH JULY 31, 2024**

| Name of Applicant: | Togut, Segal & Segal LLP |
|---|---|
| Date of Retention: | *8/6/2024, Effective as of June 12, 2024* [Dkt No. 864] |
| Period for Which Fees and Expenses are Incurred: | July 1, 2024 through July 31, 2024 |
| Monthly Fees Incurred: | $7,506.50 |
| Less 20% Holdback: | $1,501.30 |
| Net Fees: | $6,005.20 |
| Monthly Expenses Incurred: | N/A |
| Total Fees and Expenses (Net of Holdbacks): | $6,005.20 |

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, if applicable, are: Mercon Coffee Corporation (1844); Mercon B.V. (N/A); Mercon Brasil Comércio de Café Ltda. (N/A); Agro International Holding B.V. (N/A); Mercapital de Nicaragua, S.A. (N/A); Distribuidora de Granos de Nicaragua S.A. (N/A); Cisa Export S.A. (N/A); Comercial Internacional de Granos de Honduras, S.A. de C.V.(N/A); Mercon Guatemala, S.A. (N/A); Comercial Internacional Exportadora, S.A. (N/A). The Debtors' mailing address is: 999 Ponce de Leon Blvd, Suite 910, Coral Gables, FL 33134.

## TOGUT, SEGAL & SEGAL LLP

*Conflicts Counsel to the Debtors*

### Fee Summary for July 1, 2024, through July 31, 2024

| Timekeeper | Year | Position | Rate | Hours | Amount ($) |
|---|---|---|---|---|---|
| Jared C. Borriello | 2011 | Counsel | $975 | .5 | $487.50 |
| Leila Ebrahimi[3] | 2022 | Associate | $465 | 12.8 | 5,952.00 |
| Dawn Person[4] | N/A | Paralegal | $485 | 2.2 | 1,067.00 |
| **TOTALS:** | | | | **15.5** | **$7,506.50** |

---

1   Partner
2   Counsel
3   Associate
4   Sr. Paralegal

*By Project Category*

| Project Category | Hours Engaged | Total Value ($) |
|---|---|---|
| Case Administration | .4 | $390.00 |
| Professional Fees/Other | .1 | 97.50 |
| Retention of Professionals | .8 | 382.00 |
| TSS Fee Application/Fee Statements | 14.2 | 6,637.00 |
| **Totals:** | **15.5** | **$7,506.50** |

2

## TOGUT, SEGAL & SEGAL LLP

*Conflicts Counsel to the Debtors*

**Summary by Professionals-Blended Rates**

| Professionals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Counsel | $974.00 | .5 | $487.50 |
| Associates | $465.00 | 12.8 | $5,952.00 |
| Paralegals/Law Clerks | $485.00 | 2.2 | $1,067.00 |
| Blended Attorney Rate | $484.17 | | |
| Blended Total Rate | $484.29 | | |
| Total Hours/Fees Incurred: | | 15.5 | $7,506.50 |

DATED:    August 30, 2024
               New York, New York

               TOGUT, SEGAL & SEGAL LLP
               By:

               /s/ Kyle J. Ortiz
               KYLE J. ORTIZ, ESQ.
               JARED C. BORRIELLO, ESQ.
               RONALD D. HOWARD, ESQ.
               LEILA EBRAHIMI, ESQ.
               One Penn Plaza, Suite 3335
               New York, New York 10119
               (212) 594-5000

               *Conflicts Counsel to the Debtors and Debtors in Possession*

# Togut, Segal & Segal LLP
## Summary Report

Mercon Coffee  
7/1/2024...7/31/2024

*8/30/2024*  
*12:46:16 PM*

| ID | Name/Description | Slip Hours | Slip Amount |
|---|---|---|---|
| dperson | Dawn Person | 2.2 | 1,067.00 |
| jborriello | Jared Borriello | 0.5 | 487.50 |
| lebrahimi | Leila Ebrahimi | 12.8 | 5,952.00 |
| | Grand Total: | 15.5 | 7,506.50 |

# Togut, Segal & Segal LLP
## Summary Report

Mercon Coffee
7/1/2024...7/31/2024

*8/30/2024*
*12:46:42 PM*

| ID | Name/Description | Slip Hours | Slip Amount |
|---|---|---|---|
| | Case Administration | 0.4 | 390.00 |
| | Professionals Fees/Other | 0.1 | 97.50 |
| | Retention of Professionals | 0.8 | 382.00 |
| | TSS Fee Application/Fee Statements | 14.2 | 6,637.00 |
| | **Grand Total:** | **15.5** | **7,506.50** |

# Togut, Segal & Segal LLP
## Client Billing Report

Mercon Coffee
7/1/2024...7/31/2024

*8/29/2024*
*5:51:10 PM*

| Date / Slip Number | | T/E | Hours / Rate | Slip Amount / Billing Status |
|---|---|---|---|---|
| | **Matter: Case Administration** | | | |
| 7/11/24 | jborriello / Comm. Profes. Case Administration | T | 0.2 / 975.00 | 195.00 Billable |
| #1167165 | Email communications with Harve re retention application, monthly fee statement, and fee application. | | | |
| 7/30/24 | jborriello / Comm. Client Case Administration | T | 0.2 / 975.00 | 195.00 Billable |
| #1170936 | Email communications with Harve Light re post-confirmation trust logistics and payment instruction/documentation for Citibank. | | | |
| | Matter Total: | | 0.40 | 390.00 |
| | **Matter: Professionals Fees/Other** | | | |
| 7/31/24 | jborriello / Comm. Client Professionals Fees/Other | T | 0.1 / 975.00 | 97.50 Billable |
| #1171459 | Email communications with Harve Light re payment instructions and documentation. | | | |
| | Matter Total: | | 0.10 | 97.50 |
| | **Matter: Retention of Professionals** | | | |
| 7/2/24 | dperson / Comm. Profes. Retention of Professionals | T | 0.2 / 485.00 | 97.00 Billable |
| #1170072 | E-mail with Kroll re: AOS for Togut Retention. | | | |
| 7/29/24 | lebrahimi / Comm. Court Retention of Professionals | T | 0.1 / 465.00 | 46.50 Billable |
| #1170099 | Follow up comms with chambers re status of entry of retention app | | | |
| 7/29/24 | lebrahimi / Correspondence Retention of Professionals | T | 0.2 / 465.00 | 93.00 Billable |
| #1170790 | Comms DP re status of entry of TSS Retention | | | |

| Mercon Coffee  7/1/2024...7/31/2024 | Togut, Segal & Segal LLP  Client Billing Report | | | 8/29/2024  5:51:10 PM |
|---|---|---|---|---|

| Date  Slip Number | | T/E | Hours  Rate | Slip Amount  Billing Status |
|---|---|---|---|---|
| 7/29/24 | dperson / Inter Off Memo  Retention of Professionals | T | 0.2  485.00 | 97.00  Billable |
| #1171154 | E-mail and call with LE re: status of entry of TSS Retention Order. | | | |
| 7/29/24 | dperson / Review Docs.  Retention of Professionals | T | 0.1  485.00 | 48.50  Billable |
| #1171155 | Review case docket re: TSS Retention Order. | | | |
| | Matter Total: | | 0.80 | 382.00 |

**Matter: TSS Fee Application/Fee**

| 7/16/24 | lebrahimi / OC/TC strategy  TSS Fee Application/Fee Statements | T | 0.2  465.00 | 93.00  Billable |
|---|---|---|---|---|
| #1167255 | OC DP re submission of mercon coffee tss retention order | | | |
| 7/16/24 | lebrahimi / Comm. Court  TSS Fee Application/Fee Statements | T | 0.3  465.00 | 139.50  Billable |
| #1167256 | Comms chambers re submission of TSS retention order | | | |
| 7/17/24 | lebrahimi / Draft Documents  TSS Fee Application/Fee Statements | T | 2.9  465.00 | 1,348.50  Billable |
| #1167463 | Draft TSS first interim fee app | | | |
| 7/17/24 | lebrahimi / Review Docs.  TSS Fee Application/Fee Statements | T | 0.5  465.00 | 232.50  Billable |
| #1167464 | Review TSS precedent fee apps in connection with draft first interim fee app | | | |
| 7/17/24 | lebrahimi / Review Docs.  TSS Fee Application/Fee Statements | T | 0.8  465.00 | 372.00  Billable |
| #1167465 | Review precedent fee apps filed in Mercon in connection with draft TSS fee app | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

Mercon Coffee
7/1/2024...7/31/2024

*8/29/2024*
*5:51:10 PM*

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 7/17/24 | Iebrahimi / Review Docs.<br>TSS Fee Application/Fee Statements | T | 0.6<br>465.00 | 279.00<br>Billable |
| #1167466 | Review fee statements in connection with draft TSS Fee app | | | |
| 7/17/24 | Iebrahimi / Review Docs.<br>TSS Fee Application/Fee Statements | T | 0.6<br>465.00 | 279.00<br>Billable |
| #1167467 | Review TSS Stay relief objection in connection with draft TSS Fee App | | | |
| 7/17/24 | Iebrahimi / OC/TC strategy<br>TSS Fee Application/Fee Statements | T | 0.2<br>465.00 | 93.00<br>Billable |
| #1167468 | OC DP re questions in connection with drafting TSS Fee App | | | |
| 7/17/24 | Iebrahimi / Review Docs.<br>TSS Fee Application/Fee Statements | T | 0.3<br>465.00 | 139.50<br>Billable |
| #1167470 | Review TSS retention app in connection with draft TSS first interim fee app | | | |
| 7/17/24 | Iebrahimi / Review Docs.<br>TSS Fee Application/Fee Statements | T | 0.3<br>465.00 | 139.50<br>Billable |
| #1167471 | Review Interim Comp Order in connection with draft TSS first interim fee app | | | |
| 7/18/24 | Iebrahimi / Review Docs.<br>TSS Fee Application/Fee Statements | T | 1.2<br>465.00 | 558.00<br>Billable |
| #1167985 | Review draft Mercone Fee Application (.6); make further revisions in connection with same (.6) | | | |
| 7/18/24 | Iebrahimi / OC/TC strategy<br>TSS Fee Application/Fee Statements | T | 0.2<br>465.00 | 93.00<br>Billable |
| #1168319 | OC AG re questions on fee period in connection with mercon fee app | | | |

| | Togut, Segal & Segal LLP | | | |
|---|---|---|---|---|
| Mercon Coffee | Client Billing Report | | | 8/29/2024 |
| 7/1/2024...7/31/2024 | | | | 5:51:10 PM |

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 7/22/24 | Iebrahimi / Correspondence<br>TSS Fee Application/Fee Statements | T | 0.2<br>465.00 | 93.00<br>Billable |
| #1168351 | Comms JB KO DP re mercon fee app | | | |
| 7/22/24 | Iebrahimi / Draft Documents<br>TSS Fee Application/Fee Statements | T | 0.9<br>465.00 | 418.50<br>Billable |
| #1168554 | Begin draft declaration in support of TSS Interim Fee App | | | |
| 7/29/24 | Iebrahimi / Draft Documents<br>TSS Fee Application/Fee Statements | T | 1.1<br>465.00 | 511.50<br>Billable |
| #1170798 | Prep summary chart exhibit to TSS Fee App | | | |
| 7/29/24 | Iebrahimi / Draft Documents<br>TSS Fee Application/Fee Statements | T | 0.9<br>465.00 | 418.50<br>Billable |
| #1170801 | Prep expense summary chart exhibit to TSS Fee App | | | |
| 7/29/24 | Iebrahimi / Draft Documents<br>TSS Fee Application/Fee Statements | T | 0.9<br>465.00 | 418.50<br>Billable |
| #1170803 | Prep fee summary chart exhibit to TSS Fee App | | | |
| 7/29/24 | Iebrahimi / Draft Documents<br>TSS Fee Application/Fee Statements | T | 0.4<br>465.00 | 186.00<br>Billable |
| #1170804 | Prep KO certification for TSS Fee App | | | |
| 7/29/24 | dperson / Prep Filing/Svc<br>TSS Fee Application/Fee Statements | T | 0.1<br>485.00 | 48.50<br>Billable |
| #1171156 | E-mails with JB re: Fee Application, filing timelines. | | | |
| 7/29/24 | dperson / Review Docs.<br>TSS Fee Application/Fee Statements | T | 0.9<br>485.00 | 436.50<br>Billable |
| #1171173 | Review draft Fee Application for compliance issues. | | | |
| 7/29/24 | dperson / Review Docs.<br>TSS Fee Application/Fee Statements | T | 0.7<br>485.00 | 339.50<br>Billable |
| #1171174 | Begin drafting exhibits/supplement for first interim application. | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

Mercon Coffee
7/1/2024...7/31/2024

*8/29/2024*
*5:51:10 PM*

| Date<br>Slip Number | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|
| Matter Total: | | 14.20 | 6,637.00 |
| Total Time Bill: | | | 7,506.50 |
| Total Time Non Bill: | | | |
| Total Costs Bill: | | | |
| Total Costs Non Bill: | | | |
| Total Non Billable: | | | |
| Total Billable: | | | 7,506.50 |
| Grand Total: | | | 7,506.50 |