Mark E. Miller
Bernard P. Bell
MILLER FRIEL, PLLC
2445 M Street, NW, Suite 910
Washington, DC 20037
Tel: (202) 760-3160

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| MERCON B.V., | Case No. 23-11947 (MEW) |
| Debtor. | Deadline to Object: October 2, 2024 at 4:00 p.m. (ET)<br>Hearing Date: October 9, 2024 at 11:00 a.m. (ET) |

**APPLICATION FOR ADMINISTRATIVE EXPENSE CLAIM
OF MILLER FRIEL, PLLC**

Miller Friel, PLLC ("**Claimant**") hereby submits its application for an administrative expense claim, and states as follows.

1. Claimant was engaged by Mercon Coffee Corporation and its affiliates (the "**Debtors**") as an ordinary course professional during the Debtors' chapter 11 cases pursuant to the *Order Authorizing the Retention and Payment of Professionals Utilized in the Ordinary Course of Business* dated February 29, 2024 [Docket No. 216].

2. As of the July 31, 2024 effective date of the Debtors' plan, Claimant was owed a total of $57,175.42 for services rendered to the Debtors as an ordinary course professional. Copies of Claimant's supporting invoices are attached hereto as **Exhibit A**.

3. Claimant's services provided an actual and necessary benefit to the Debtors and are entitled to administrative expense priority.

**WHEREFORE**, Claimant requests that the Court enter the proposed order attached hereto as **Exhibit B** approving this Application and grant such other relief as is appropriate.

Dated: August 28, 2024          **Miller Friel, PLLC**

                                      BY:      */s/ Mark E. Miller*

                                                  Mark E. Miller
Bernard P. Bell
Miller Friel, PLLC
2445 M Street, NW
Suite 910
Washington, DC  20037
Telephone:   (202) 760-3160
Email:   millerm@millerfriel.com
                     bellb@millerfriel.com

# **EXHIBIT A**

**Supporting Documentation**



2445 M Street, NW, Suite 910
Washington, DC 20037

Ph:(202) 760-3160        Fax:(202) 459-9537

Mercon Coffee Corporation                                                                May 31, 2024

| | | File #: | MerconCoffee |
|---|---|---|---|
| **Attention:** | Marc Kirschner | Inv #: | 5290 |

**RE:**   Policy review

| DATE | DESCRIPTION | RATE | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|---|
| Apr-09-24 | Participate in conference call with P. Keenan, F. Cottrell, H. Light and M. Miller re Phase I (0.4); analyze policies (1.5); follow up email (0.1). | $1,175.00 | 2.00 | 2,350.00 | BPB |
| Apr-14-24 | Analyze policies. | $1,175.00 | 1.00 | 1,175.00 | BPB |
| Apr-15-24 | Review and analyze policies (2.0); teleconfernce with P. Keenan and H. Light re same (0.5); legal research re ▮▮▮▮ (0.5). | $1,175.00 | 3.00 | 3,525.00 | BPB |
| Apr-16-24 | Review and analyze policies (3.1); confer with M. Miller re same (0.3). | $1,175.00 | 3.40 | 3,995.00 | BPB |
| May-08-24 | Policy analysis. | $1,175.00 | 1.80 | 2,115.00 | MEM |
| May-09-24 | Draft Memo (1.9); Policy review (4.9). | $1,175.00 | 6.80 | 7,990.00 | MEM |
| | Draft Memo re coverage. | $1,175.00 | 1.80 | 2,115.00 | MEM |
| May-21-24 | Revise draft memo (0.7); review commodity policy (0.3). | $1,175.00 | 1.00 | 1,175.00 | BPB |
| May-24-24 | Revise memo to client re coverage. | $1,175.00 | 0.50 | 587.50 | BPB |
| | Totals | | 21.30 | 25,027.50 | |
| | Fee adjustment for $20,000 fee cap | | | -5,027.50 | |
| | | | | $20,000.00 | |

|  |  |
|---|---:|
| **Total Fee & Disbursements** | **$20,000.00** |
| **Balance Now Due** | **$20,000.00** |

TAX ID Number     45-2989169



**MILLER | FRIEL**
PLLC

2445 M Street, NW, Suite 910
Washington, DC  20037

Ph:(202) 760-3160         Fax:(202) 459-9537

Mercon Coffee Corporation                                                                                  July 16, 2024

|  |  |
|---|---|
| File #: | MerconCoffee |
| **Attention:**  Marc Kirschner | Inv #:  5350 |

**RE:**     Policy review

| DATE | DESCRIPTION | RATE | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|---|
| Jun-05-24 | Call with Harve Light (0.1); call with B. Bell (0.2) | $1,175.00 | 0.30 | 352.50 | MEM |
| | Teleconference M. Miller (0.2); review CNA's bankruptcy court filing (0.3); teleconference with and email to/from R. Weber re same (0.3); ████████ (1.6). | $1,175.00 | 2.40 | 2,820.00 | BPB |
| Jun-06-24 | Draft notice letter re commodity policy (1.0); email to/from H. Light and R. Weber re insurance issues and notice (0.2). | $1,175.00 | 1.20 | 1,410.00 | BPB |
| Jun-11-24 | Call with B Bell (0.1); email client (0.1). | $1,175.00 | 0.20 | 235.00 | MEM |
| Jun-12-24 | Email to R Webber re hearing; email to H. Light re same. | $1,175.00 | 0.10 | 117.50 | MEM |
| Jun-18-24 | Review stipulation re insurance and edits to same (2.0); call with H. Light (0.2). | $1,175.00 | 2.20 | 2,585.00 | MEM |
| | Review and comment on Draft Stipulation (0.4); confer with M. Miller re same (0.1). | $1,175.00 | 0.50 | 587.50 | BPB |
| Jun-19-24 | Call with Harve Light (0.2); work re notice to insurers (0.9); edit stipulation re underwriters motion to terminate policy (1.8). | $1,175.00 | 2.90 | 3,407.50 | MEM |
| | Teams meeting with H. Light and M. Miller (0.2); review underwriters' mark-up of Stipulation (0.3); | $1,175.00 | 3.00 | 3,525.00 | BPB |

| Date | Description | Rate | Hours | Amount | Atty |
|---|---|---|---|---|---|
| | confer with M. Miller re same (0.2); email to/from Togut firm re insurance issues (0.3); work on draft notice (1.0); review policy for ▮▮▮▮ provision (1.0).. | | | | |
| Jun-20-24 | Conference call re insurance (0.4); address notice (0.5); prepare for call with Debtors and Bank representatives re insurance stipulation(1.5). | $1,175.00 | 2.40 | 2,820.00 | MEM |
| | Attend to notice (0.3); confer with M. Miller re same (0.2). | $1,175.00 | 0.50 | 587.50 | BPB |
| Jun-21-24 | Edit objection to stay relief motion | $1,175.00 | 1.90 | 2,232.50 | MEM |
| Jun-26-24 | Draft notice under CNA policy (1.9); email to/from M. Miller re same (0.1). | $1,175.00 | 2.00 | 2,350.00 | BPB |
| Jun-27-24 | Analysis of Allianz AR policy (5.8); notice letter to Underwriters under Commodity Policy (1.9). | $1,175.00 | 7.70 | 9,047.50 | MEM |
| | Attend to questions regarding credit insurance (1.3); confer with M. Miller re same (0.2). | $1,175.00 | 1.50 | 1,762.50 | BPB |
| Jun-28-24 | Draft and revise notice letter for Commodity Policy. | $1,175.00 | 2.50 | 2,937.50 | MEM |
| | Revise draft notice letter (0.2); confer with M. Miller re same (0.1). | $1,175.00 | 0.30 | 352.50 | BPB |
| | Totals | | 31.60 | $37,130.00 | |

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| Jun-28-24 | FedEx to B. Anderhub at Rekedres & Sons Insurance Agency | 45.42 |
| | Totals | $45.42 |
| | **Total Fee & Disbursements** | **$37,175.42** |
| | Outstanding Amount | $20,000.00 |
| | **Balance Now Due** | **$57,175.42** |

TAX ID Number    45-2989169

# **EXHIBIT B**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| MERCON B.V., | Case No. 23-11947 (MEW) |
| Debtor. | **Related Docket No.** |

**ORDER APPROVING APPLICATION FOR**
**ADMINISTRATIVE EXPENSE CLAIM OF MILLER FRIEL, PLLC**

UPON CONSIDERATION OF the application of Miller Friel, PLLC for an administrative expense priority claim (the "**Application**"), and good cause appearing for the requested relief, and any objections thereto having been overruled,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Application is approved as set forth herein.

2. Miller Friel, PLLC holds an administrative expense priority claim in the amount of $57,175.42.

3. This Court shall retain jurisdiction over this matter.