**Deadline to Object: October 2, 2024, at 4:30 p.m. (Eastern Time)**
**Hearing Date: October 9, 2024, at 11:00 a.m. (Eastern Time)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| MERCON B.V.,[1] | Case No. 23-11947 (MEW) |
| Debtors. | |
| _____/ | |

**COVER SHEETS TO THE FIRST AND FINAL FEE APPLICATION OF
GREAT SOUTHERN CROSS COMMODITIES PTY LTD AS
CHIEF LIQUIDATING OFFICER TO THE DEBTORS FOR ALLOWANCE AND
PAYMENT OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED
AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES
INCURRED FROM THE PETITION DATE THROUGH JULY 31, 2024**

| | | |
|---|---|---|
| Name of Applicant: | Great Southern Cross Commodities Pty Ltd | |
| Applicant's Role in Case: | Chief Liquidating Officer to the Debtors | |
| Date Order of Employment Signed: | March 14, 2024, effective *nunc pro tunc* to the Petition Date [Doc. No. 245] | |
| Period for which Final Compensation and Expense Reimbursement is sought | Beginning of Period | End of Period |
| | December 6, 2023 | July 31, 2024 |
| Amount of Final Compensation sought as actual reasonable and necessary: | $2,008,206.00 | |
| Amount of Final Expense Reimbursement sought as actual, reasonable and necessary: | $79,554.16 | |
| Total Final Compensation and Expense Reimbursement requested: | $2,087,760.16 | |
| Total Compensation and Expenses Previously requested and approved: | $390,169.36 | |
| This is a(n): ____Monthly Application ___Interim Application **x** Final Application | | |
| This is the first and final fee application filed by Great Southern Cross Commodities Pty Ltd in the above-captioned matter | | |

---

[1] On August 21, 2024, the Court entered the *Order Containing a Post-Confirmation Timetable as Required by Local Rule 3021-1*, closing the chapter 11 cases of Mercon Coffee Corporation and certain of its debtor affiliates and thereby directing that all motions, notices, and other pleadings related to any of the affiliated debtors be filed in this case. Prior to the Effective Date, the Debtors in these cases, along with the last four (4) digits of each Debtor's federal tax identification number, if applicable, were: Mercon Coffee Corporation (1844); Mercon B.V. (N/A); Mercon Brasil Comércio de Café Ltda. (N/A); Agro International Holding B.V. (N/A); Mercapital de Nicaragua, S.A. (N/A); Distribuidora de Granos de Nicaragua S.A. (N/A); Cisa Export S.A. (N/A); Comercial Internacional de Granos de Honduras, S.A. de C.V. (N/A); Mercon Guatemala, S.A. (N/A); Comercial Internacional Exportadora, S.A. (N/A). All docket numbers referenced herein refer to pleadings filed in Mercon Coffee Corporation, Case No. 23-11945 (MEW).

**Deadline to Object: October 2, 2024, at 4:30 p.m. (Eastern Time)**
**Hearing Date: October 9, 2024, at 11:00 a.m. (Eastern Time)**

### Summary of Prior Statements, Applications, Allowances and Compensation Sought

| Monthly Fee Statement | Docket No. | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses | 20% Holdback | Amount Paid | Amount Due |
|---|---|---|---|---|---|---|---|---|---|
| First Monthly Fee Statement | 219 | 12/06/2023 – 12/31/2023 | $50,400.00 | $23,268.68 | $50,400.00 | $23,268.68 | n/a | $73,668.68 | $0.00 |
| Second Monthly Fee Statement | 220 | 01/01/2024 – 01/31/2024 | $52,500.00 | $21,225.26 | $52,500.00 | $21,225.26 | n/a | $73,725.26 | $0.00 |
| Third Monthly Fee Statement | 351 | 02/01/2024 – 02/28/2024 | $54,600.00 | $11,881.09 | $54,600.00 | $11,881.09 | n/a | $66,481.09 | $0.00 |
| Fourth Monthly Fee Statement | 352 | 03/01/2024 - 03/31/2024 | $50,400.00 | $106.91 | $50,400.00 | $106.91 | n/a | $50,506.91 | $0.00 |
| Fifth Monthly Fee Statement | 600 | 04/01/2024 – 04/30/2024 | $50,400.00 | $19,075.26 | $50,400.00 | $19,075.26 | n/a | $69,475.26 | $0.00 |
| Sixth Monthly Fee Statement | 601 | 05/01/2024 – 05/31/2024 | $52,500.00 | $3,812.16 | $52,500.00 | $3,812.16 | n/a | $56,312.16 | $0.00 |
| Seventh Monthly Fee Statement | Monthly not filed with Court | 06/01/2024 – 06/30/2024 | $48,300.00 | $184.80 | Monthly not filed with Court | Monthly not filed with Court | n/a | $0.00 | $48,484.80 |
| Eighth Monthly Fee Statement | Monthly not filed with Court | 07/01/2024 – 07/31/2024 | $44,100.00 | $0.00 | Monthly not filed with Court | Monthly not filed with Court | n/a | $0.00 | $44,100.00 |
| **Total Monthly Fees** | | | **$403,200.00** | **$79,554.16** | **$310,800.00** | **$79,369.36** | **n/a** | **$390,169.36** | **$92,584.80** |

**Deadline to Object: October 2, 2024, at 4:30 p.m. (Eastern Time)**
**Hearing Date: October 9, 2024, at 11:00 a.m. (Eastern Time)**

| Description | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses | 20% Holdback | Amount Paid | Amount Due |
|---|---|---|---|---|---|---|---|
| Incentive Fee: Washouts | $1,220,017.00 | | | | | | $1,220,017.00 |
| Incentive Fee: Novations | $29,573.00 | | | | | | $29,573.00 |
| Incentive Fee: Asset Sales | $308,097.00 | | | | | | $308,097.00 |
| Incentive Fee: Inventory Sales | $47,319.00 | | | | | | $47,319.00 |
| **Total Incentive Fees** | **$1,605,006.00** | n/a | | | | | **$1,605,006.00** |
| **Total** | **$2,008,206.00** | **$79,554.16** | **$310,800.00** | **$79,369.36** | **n/a** | **$390,169.36** | **$1,697,590.80** |

**Summary of Hours of Services Rendered by
Great Southern Cross Commodities Pty Ltd
During the Application Period (December 6, 2023 through July 31, 2024)**

| Professional | Position | Total hours |
|---|---|---|
| Henry Walsh | Managing Director | 1,229.50 |
| | **Total** | **1,229.50** |

**Summary of Expenses Incurred by
Great Southern Cross Commodities Pty Ltd
During the Application Period (December 6, 2023 through July 31, 2024)**

| Expense Category | Amount |
|---|---|
| Accounting Consultant | $676.94 |
| Airfare | $58,578.24 |
| ESTA | $21.48 |
| Ground Transportation | $1,271.95 |
| Lodging | $12,378.75 |
| Meals | $3,082.58 |
| Parking | $612.36 |
| Subscriptions | $1,884.12 |
| Telephone | $624.50 |
| Travel Insurance | $423.24 |
| **Total** | **$79,554.16** |

**Summary of Incentive Fees Accrued in Connection with
Services Rendered by Great Southern Cross Commodities Pty Ltd
During the Application Period  (December 6, 2023 through July 31, 2024)**

| Type of Work | Bags of Coffee | Amount | Fee Calculation |
|---|---|---|---|
| Washouts | 1,152,909 | | $1,220,017 |
| Novations | 37,947 | | $29,573 |
| Asset Sales | | $15,404,826 | $308,097 |
| Inventory Sales | 178,864 | | $47,319 |
| **Total** | | | **$1,605,006** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| MERCON B.V.,[1] | Case No. 23-11947 (MEW) |
| Debtors. | |

_____/

### FIRST AND FINAL FEE APPLICATION OF
### GREAT SOUTHERN CROSS COMMODITIES PTY LTD AS
### CHIEF LIQUIDATING OFFICER TO THE DEBTORS FOR ALLOWANCE AND
### PAYMENT OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED
### AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES
### INCURRED FROM THE PETITION DATE THROUGH JULY 31, 2024

Great Southern Cross Commodities Pty Ltd ("**GSX**"), the Chief Liquidating Officer to

Mercon Coffee Corporation and certain of its debtor affiliates, as debtors in the chapter 11 cases

(collectively, the "**Debtors**"), submit this final fee application (the "**Application**") pursuant to

sections 328, 330(a), 363, and 503(b) of title 11 of the United States Code (the "**Bankruptcy**

**Code**"); Rule 2016 of the Federal Rules of Bankruptcy Procedure; and Rule 2016-1 of the Local

Bankruptcy Rules for the Southern District of New York (the "**Local Bankruptcy Rules**") for

allowance as an administrative expense on a final basis for (i) compensation in the aggregate

amount of $2,008,206.00 of fees for reasonable and necessary professional services rendered to

the Debtors by the Chief Liquidating Officer and (ii) reimbursement of actual and necessary costs

and expenses in the aggregate amount of $79,554.16 incurred by the Chief Liquidating Officer, in

---

[1] On August 21, 2024, the Court entered the _Order Containing a Post-Confirmation Timetable as Required by Local Rule 3021-1_, closing the chapter 11 cases of Mercon Coffee Corporation and certain of its debtor affiliates and thereby directing that all motions, notices, and other pleadings related to any of the affiliated debtors be filed in this case. Prior to the Effective Date, the Debtors in these cases, along with the last four (4) digits of each Debtor's federal tax identification number, if applicable, were: Mercon Coffee Corporation (1844); Mercon B.V. (N/A); Mercon Brasil Comércio de Café Ltda. (N/A); Agro International Holding B.V. (N/A); Mercapital de Nicaragua, S.A. (N/A); Distribuidora de Granos de Nicaragua S.A. (N/A); Cisa Export S.A. (N/A); Comercial Internacional de Granos de Honduras, S.A. de C.V. (N/A); Mercon Guatemala, S.A. (N/A); Comercial Internacional Exportadora, S.A. (N/A). All docket numbers referenced herein refer to pleadings filed in Mercon Coffee Corporation, Case No. 23-11945 (MEW).

each case during the period from December 6, 2023 through and including July 31, 2024 (the "**Application Period**").

## Jurisdiction and Venue

1.      This Court has subject matter jurisdiction to consider this matter pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference M-431*, dated January 31, 2012 (Preska, C.J.). This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## Background

2.      On December 6, 2023 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under the Bankruptcy Code. The Debtors are operating their business and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.      On January 26, 2024, the Debtors filed the *Motion of the Debtors Pursuant to 11 U.S.C. §§ 105(a) and 363(b) for an Order Authorizing the Debtors to Retain and Employ Great Southern Cross Commodities Pty Ltd as Chief Liquidating Officer Effective Nunc Pro Tunc to the Petition Date* [Doc. No. 162] (the "**Retention Application**"), and on March 14, 2024, the Court entered its *Order Pursuant to 11 U.S.C. §§ 105(a) and 363(b) Authorizing Debtors to Retain and Employ Great Southern Cross Commodities Pty Ltd as Chief Liquidating Officer Effective Nunc Pro Tunc to the Petition Date* [Doc. No. 245] (the "**Retention Order**").

4.      On July 30, 2024, the Court entered its *Findings of Fact, Conclusions of Law, and Order Confirming Fourth Amended Joint Chapter 11 Plan of Liquidation for Mercon Coffee Corporation and Certain Affiliated Debtors* [Doc. No. 690] (the "**Confirmation Order**").

5.      On August 6, 2024, the Debtors filed a notice that the *Fourth Amended Joint Chapter 11 Plan of Liquidation for Mercon Coffee Corporation and Certain Affiliated Debtors* (the "**Plan**") had become effective in accordance with its terms [Doc. No. 706].

6.      Additional information regarding the Debtors and their prepetition operations and capital structure is set forth in the *Fourth Amended Disclosure Statement for Fourth Amended Joint Chapter 11 Plan of Liquidation for Mercon Coffee Corporation and Certain Affiliated Debtors* [Doc. No. 515] (the "**Disclosure Statement**").

## Compensation Request

7.      GSX seeks (a) allowance of compensation for professional services rendered to the Debtors during the Application Period in the aggregate amount of $2,087,760.16, representing monthly fees, in the amount of $403,200.00,[2] for the months of December 2023 through and including July 2024, (b) reimbursement of expenses incurred in connection with the rendition of such services in the amount of $79,554.16, and (c) allowance of the incentive structure fees accrued in the amount of $1,605,006.

## Compliance with the Guidelines

8.      This Application was prepared in accordance with the applicable provisions of (a) the *Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases* (the "**Local Guidelines**") established and adopted by the United States Bankruptcy Court for the Southern District of New York pursuant to General Order M- 447; (b) the guidelines established by the Office of the U.S. Trustee (the "**UST Guidelines**"); (c) the Local Bankruptcy Rules; (d) the Confirmation Order (as defined below); and (e) the Retention Order (as defined below) (collectively, the "**Guidelines**").

9.      Pursuant to, and consistent with, the Guidelines, the following exhibits are attached hereto:

---

[2] GSX includes all the monthly fees accrued to date herein for completeness of the record, but notes that any fixed fees previously included in a Staffing Report (as defined in the Retention Order) and paid by the Debtors should be considered final as no interim or final fee application is required for fees accrued in connection with services provided at a flat rate, pursuant to section 3(g) of the Retention Order.

a.    **Exhibit A** contains certification by the undersigned regarding compliance with the Guidelines (the "**Certification**");

b.    **Exhibit B** contains a copy of the Retention Order;

c.    **Exhibit C-1** contains time records for the Application Period detailing the name of each professional for whose work compensation is sought and the aggregate time expended by each professional;

d.    **Exhibit C-2** contains a description of the fees accrued in respect of the incentive structure approved in the Retention Order;[3] and

e.    **Exhibit D** contains a summary of GSX's reimbursable expenses during the Application Period.

10.    To the extent the Application is not in compliance with the Guidelines, the Chief Liquidating Officer respectfully submits that such noncompliance is immaterial and requests a waiver of the applicable requirements.

## Disclosure of Compensation and Requested Award

11.    The Chief Liquidating Officer seeks allowance of compensation for professional services performed during the Application Period in the amount of $403,200.00. In addition, the Chief Liquidating Officer seeks reimbursement of expenses incurred in connection with rendering such services in the amount of $79,554.16. During the Application Period, the Chief Liquidating Officer expended a total of 192 days, during which the Chief Liquidating Officer expended 1,229.50 hours rendering services to the Debtors.

12.    The Debtors retained the Chief Liquidating Officer in these chapter 11 cases. Pursuant to the terms of the Retention Order, the Debtors agreed to compensate the Chief Liquidating Officer according to the structure summarized below:

---

[3] Consistent with the Guidelines, Exhibit C-2 contains summaries that highlight certain key areas in which the Chief Liquidating Officer provided essential services to the Debtors during the Application Period and provides a detailed overview of the incentive fee requested. Exhibit C-2 is not intended to be a detailed description of the work the Chief Liquidating Officer performed during the Application Period, but rather is a guideline offered to the Court and other interested parties with respect to the services performed by the Chief Liquidating Officer.

a.     GSX is authorized to charge the Debtors for its services on a daily basis at a flat rate of $2,100 per day, which is comparable to the rate GSX charges its other clients for similar engagements;

b.     GSX is authorized to receive payments pursuant to paragraph 1(a) of the incentive structure set forth in the Engagement Agreement, such that GSX is authorized to receive a flat fee of $0.0080 per pound on all coffee transactions successfully completed, including novation, completed sale, transfer, or washout transactions.

c.     GSX is authorized to receive a pro-rata fee on the increased value of the inventory of coffee that is in store, on-water, or at any other location wherein the coffee remains in the Debtors' legal control, regardless of location, state of processing, or inclusion in the borrowing base calculation (the "**Inventory**") as provided in paragraph 2 of the incentive structure, but for the avoidance of doubt: (a) no incentive fee shall be earned with respect to the increased value of Inventory that has not actually been sold by GSX, (b) the increased value of Inventory sold by GSX shall be measured by comparing actual sales prices to the agreed written-down values for such Inventory, and (c) the incentives provided in paragraph 2 of the incentive structure shall not apply to Inventory that is sold to customers based on terms and conditions agreed to before the Petition Date.

d.     GSX is authorized to receive a 2% fee on all assets that are sold to parties who are introduced to the Debtors by GSX.

e.     The Debtors shall reimburse the Chief Liquidating Officer for reasonable and documented expenses (together with any VAT properly chargeable on such expenses, where applicable) incurred in connection with the performance of its engagement under the Engagement Letter, including, without limitation, the reasonable fees, disbursements and other charges of the Chief Liquidating Officers' outside counsel (without the requirement that the retention of such counsel be approved by the Bankruptcy Court). Reasonable expenses shall also include, but not be limited to, expenses incurred in connection with travel, meals and lodging, data processing and communication charges, research, courier services, and other expenses specifically related to the engagement.

13.     The Chief Liquidating Officer has not shared or agreed to share any of its respective compensation from the Debtors with any other person, other than as permitted by section 504 of the Bankruptcy Code. No promises have been received by the Chief Liquidating Officer as to

compensation in connection with these chapter 11 cases, other than as set forth in the Engagement Letter.

14.     The Chief Liquidating Officer services provided by GSX set forth herein were performed primarily by Henry Walsh (Managing Director) For GSX, Henry Walsh has overall responsibility for the cases, and is primarily responsible for developing strategy with respect to the cases, directing negotiations and interfacing with the other senior professionals involved with the cases.

15.     The Chief Liquidating Officer believes the amount of fees and expenses sought in this Application and the Chief Liquidating Officer's billing processes are consistent with market practices for Chief Liquidating Officers both in and out of a bankruptcy context. The Chief Liquidating Officer's policy for all engagements, in or out of bankruptcy, is to complete the work as efficiently as possible.

16.     The Chief Liquidating Officer does not bill clients based on the number of hours expended by its professionals. For liquidation assignments, it bills its clients on a retainer basis (generally monthly), plus a transaction fee or fees based upon completion. Accordingly, the Chief Liquidating Officer does not have hourly rates for its professionals and the Chief Liquidating Officer's professionals generally do not maintain time records for the work performed for its clients. Consistent with the terms of the Retention Order, however, the Chief Financial Officer has maintained a daily time log detailing the activities and services performed by the Chief Liquidating Officer's professionals on behalf of the Debtors, in half hour increments, during the Application Period.

17.     Furthermore, the Chief Liquidating Officer is entitled to reimbursement of reasonable and documented out-of-pocket expenses incurred in entering into and providing services pursuant to the Retention Order during the Application Period. The expenses incurred by

6

the Chief Liquidating Officer in connection with the performance of its services during the Application Period are summarized in the cover sheet to this Application, and additional details can be found in the summary attached hereto as **Exhibit D**.

18.     The Chief Liquidating Officer's charges for expenses to the Debtors are determined in the same manner as for clients in non-bankruptcy matters. Out-of-pocket expenses incurred by the Chief Liquidating Officer are charged to a client if the expenses are incurred for the client or are otherwise necessary in connection with services rendered for such particular client. The Chief Liquidating Officer does not factor general overhead expenses into disbursements charged to clients in connection with chapter 11 cases. The Chief Liquidating Officer has followed its general internal policies with respect to out-of-pocket expenses billed to the Debtors.

19.     The Chief Liquidating Officer has made every effort to minimize its expenses in these chapter 11 cases. All of the fees and expenses for which allowance and payment are requested by the Chief Liquidating Officer in this Application are reasonable and necessary, and were incurred during the Application Period. In seeking reimbursement of an expenditure, the Chief Liquidating Officer is requesting reimbursement "at cost" and does not make a profit on such expenditure.

20.     This Application is the Chief Liquidating Officer's first and final request for compensation for services rendered and reimbursement of expenses incurred as Chief Liquidating Officer to the Debtors.

### The Requested Compensation
### and Reimbursement Should be Allowed

21.     The Retention Order approved the Chief Liquidating Officer's compensation and expense reimbursement pursuant to section 363(b) of the Bankruptcy Code, subject to the terms of the Retention Order. The Retention Order further provided, in relevant part, that GSX shall file a

7

fee application for approval of any incentive payments and that such incentive payments would be subject to a review for reasonableness.

22.     During the Application Period, GSX provided critical support to the Debtors. The services summarized by this Application and rendered by the Chief Liquidating Officer to the Debtors during the Application Period were substantial, highly professional and instrumental to the Debtors in furtherance of their liquidation efforts. The requested compensation for the foregoing services is commensurate with the complexity, importance and nature of the problems, issues and tasks involved. The professional services were performed expediently and efficiently, and the compensation requested herein is reasonable in light of the nature, extent and value of such services to the Debtors, their estates and all parties in interest. Accordingly, the Chief Liquidating Officer respectfully submits that the compensation and reimbursement requested by this Application is reasonable in light of the nature and value of such services and should be approved.

**<u>Notice</u>**

23.     Notice of this Application has been provided to the following:

    a.    The Debtors c/o Mercon Coffee Corporation, Attn: Harve Light (email: harve.light@riveron.com);

    b.    Counsel for the Offices of the United States Trustee for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Suite 515, New York, New York 10004, Attn: Daniel Rudewicz (email: daniel.rudewicz@usdoj.gov);

    c.    Counsel to the Official Committee of Unsecured Creditors, O'Melveny & Myers, LLP, Attn: Gregory M. Wilkes, Scott P. Drake, 2801 North Harwood Street, Suite 1600, Dallas, Texas, 75201, gwilkes@omm.com, sdrake@omm.com and Attn: Louis R. Strubeck, Jr., Matthew P. Kremer, 7 Times Square, New York, New York, 10036, lstrubeckjr@omm.com, mkremer@omm.com; and

    d.    Counsel to Coöperative Rabobank U.A., New York Branch, as administrative agent under the Debtors' prepetition first lien credit agreement, Cadwalader, Wickersham & Taft LLP (Attn: Ingrid Bagby and Andrew Greenberg).

**No Prior Request**

24.      No prior request for the relief sought in this Application has been made to this or any other Court in connection with these chapter 11 cases.

**Conclusion**

WHEREFORE, the Chief Liquidating Officer respectfully requests that the Court enter an Order (1) allowing as an administrative expense, on a final basis, (a) compensation to the Chief Liquidating Officer in the amount of $403,200.00, (b) reimbursement of actual and necessary costs and expenses in the amount of $79,554.16 incurred by the Chief Liquidating Officer during the Application Period and in connection with the preparation of this Application, and (c) compensation in the amount of $1,605,006.00 on account of incentive fees; and (2) authorizing and directing payment by the Debtors of any unpaid portion of such allowed fees and expenses.

*[Remainder of page intentionally left blank]*

Dated:  August 30, 2024

Respectfully submitted,

/s/ Henry Walsh

Henry Walsh
Great Southern Cross Commodities Pty Ltd

[*Signature Page to Final Fee Application*]

## Exhibit A

**Certification of Compliance**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| MERCON B.V.,[1] | Case No. 23-11947 (MEW) |
| Debtors. | |

_____ /

**CERTIFICATION OF HENRY WALSH REGARDING THE FIRST AND FINAL FEE
APPLICATION OF GREAT SOUTHERN CROSS COMMODITIES PTY LTD AS
CHIEF LIQUIDATING OFFICER TO THE DEBTORS FOR ALLOWANCE AND
PAYMENT OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED
AND FOR REIMBURSEMENT OF  ACTUAL AND NECESSARY EXPENSES
INCURRED FROM THE PETITION DATE THROUGH JULY 31, 2024**

I, Henry Walsh, certify as follows:

1.      I am a Managing Director at Great Southern Cross Commodities Pty Ltd ("**GSX**"),
with responsibility regarding the chapter 11 cases of the debtors and debtors in possession
(collectively, the "**Debtors**") in respect of, among other things, compliance with (a) the Local
Guidelines;[2] (b) the UST Guidelines; (c) the Local Bankruptcy Rules; (d) the Confirmation Order;
and (e) the Retention Order (collectively, the "**Guidelines**").

2.      I have personally performed many of the Chief Liquidating Officer services
rendered by GSX, as Chief Liquidating Officer to the Debtors, and I am familiar with all other
work performed on behalf of the Debtors by GSX

---

[1] On August 21, 2024, the Court entered the *Order Containing a Post-Confirmation Timetable as Required by Local Rule 3021-1*, closing the chapter 11 cases of Mercon Coffee Corporation and certain of its debtor affiliates and thereby directing that all motions, notices, and other pleadings related to any of the affiliated debtors be filed in this case. Prior to the Effective Date, the Debtors in these cases, along with the last four (4) digits of each Debtor's federal tax identification number, if applicable, were: Mercon Coffee Corporation (1844); Mercon B.V. (N/A); Mercon Brasil Comércio de Café Ltda. (N/A); Agro International Holding B.V. (N/A); Mercapital de Nicaragua, S.A. (N/A); Distribuidora de Granos de Nicaragua S.A. (N/A); Cisa Export S.A. (N/A); Comercial Internacional de Granos de Honduras, S.A. de C.V. (N/A); Mercon Guatemala, S.A. (N/A); Comercial Internacional Exportadora, S.A. (N/A). All docket numbers referenced herein refer to pleadings filed in Mercon Coffee Corporation, Case No. 23-11945 (MEW).

[2] Capitalized terms used but not otherwise defined in this Certification shall have the meanings ascribed to such terms in the Application to which it is attached.

3.     With respect of section B.1 of the Local Guidelines, I hereby certify that:

   a.    I have read the Application;
   b.    To the best of my knowledge, information and belief formed after reasonable inquiry, the fees and disbursements sought in the Application fall within the Guidelines, except as specifically set forth herein or in the Application;

   c.    Except to the extent fees or disbursements are prohibited by the Guidelines, the fees and disbursements sought in the Application are consistent with arrangements entered into by GSX for similar services provided to clients such as the Debtors for representations of the type and complexity described in the Application and generally accepted by GSX's clients; and

   d.    In providing a reimbursable service, GSX does not make a profit on the service, whether the service is performed by GSX in- house or through a third party.

4.     With respect to Section B.2 of the Local Guidelines, I hereby certify that counsel for the Debtors has advised GSX that the Debtors and the U.S. Trustee have been provided with a statement of the fees and out-of-pocket expenses incurred for each month subject to the Application, containing a list of professionals providing services, the aggregate hours expended by each professional, a general description of services rendered, a reasonably detailed breakdown of the out-of-pocket expenses incurred and an explanation of billing practices.

5.     With respect to section B.3 of the Local Guidelines, I hereby certify that counsel for the Debtors has advised GSX that the Debtors and the U.S. Trustee will each be provided with a copy of the Application substantially simultaneously with the filing thereof and will have at least 14 days to review the Application prior to any objection deadline with respect thereto.

Dated: August 30, 2024                    Respectfully submitted,

                                          /s/ Henry Walsh
                                          _____
                                          Henry Walsh
                                          Great Southern Cross Commodities Pty Ltd

**<u>Exhibit B</u>**

**Retention Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re* | Chapter 11 |
| MERCON COFFEE CORPORATION, *et al.*,[1] | Case No. 23-11945 (MEW) |
| Debtors. | **Re: Docket No. 162** |

_____/

**ORDER PURSUANT TO 11 U.S.C §§ 105(a) AND 363(b) AUTHORIZING DEBTORS TO
RETAIN AND EMPLOY GREAT SOUTHERN CROSS COMMODITIES PTY LTD AS
CHIEF LIQUIDATING OFFICER EFFECTIVE
*NUNC PRO TUNC* TO THE PETITION DATE**

Upon the motion, dated January 26, 2024 [Doc. No. 162] (the "**Motion**"),[2] by the above-captioned debtors and debtors-in-possession in these Chapter 11 Cases (collectively, the "**Debtors**"), pursuant to sections 105(a) and 363(b) of title 11 of the United States Code (the "**Bankruptcy Code**"), for an order authorizing the Debtors to retain and employ Great Southern Cross Commodities Pty Ltd ("**GSX**") as the Debtors' chief liquidating officer effective *nunc pro tunc* to the Petition Date, all as more fully described in the Motion, and upon the *Declaration of Henry Walsh, the Managing Director of GSX* [Doc. No. 162] (the "**Walsh Declaration**"); and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the Southern District of New York*, dated January 31, 2012; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, if applicable, are: Mercon Coffee Corporation (1844); Mercon B.V. (N/A); Mercon Brasil Comércio de Café Ltda. (N/A); Agro International Holding B.V. (N/A); Mercapital de Nicaragua, S.A. (N/A); Distribuidora de Granos de Nicaragua S.A. (N/A); Cisa Export S.A. (N/A); Comercial Internacional de Granos de Honduras, S.A. de C.V. (N/A); Mercon Guatemala, S.A. (N/A); Mercafe Vietnam LTD. (N/A); Comercial Internacional Exportadora, S.A. (N/A). The Debtors' mailing address is: 999 Ponce de Leon Blvd, Suite 910, Coral Gables, FL 33134.

[2] Capitalized terms not otherwise herein shall have the meanings set forth in the Application.

1409; and this Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that, except as otherwise ordered herein, no other or further notice is necessary; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED:**

1.     The Motion is granted to the extent set forth herein.

2.     In accordance with section 363 of the Bankruptcy Code, the Debtors are authorized to retain GSX and appoint Mr. Walsh as the chief liquidating officer in these Chapter 11 Cases effective *nunc pro tunc* as of the Petition Date, and pursuant to the terms and conditions set forth in the Motion, except as limited or modified herein.

3.     The terms of the Engagement Agreement, including, without limitation, the compensation provision, as modified by this Order, are reasonable terms and conditions of employment and are hereby approved, subject to the following terms:

    a.     GSX shall use its reasonable best efforts to avoid duplication of services provided by any of the Debtors' other retained professionals in these Chapter 11 Cases.

    b.     GSX and its subsidiaries shall not act in any other capacity (for example, and without limitation, as a financial advisor, claims agent/administrator, or investor/acquirer) in connection with these Chapter 11 Cases.

    c.     In the event the Debtors seek to have GSX personnel assume executive officer positions that are different than the positions disclosed in the Motion, or to materially change the terms of the engagement by (i) modifying the functions of GSX personnel, (ii) adding new executive officers, or (iii) altering or expanding the scope of the engagement, a motion to modify the retention shall be filed.

      d.     No principal, employee, or independent contractor of GSX shall serve as a director of any of the Debtors during the pendency of these Chapter 11 Cases.

      e.     There shall be no indemnification of GSX or its affiliates.

      f.     GSX shall file with the Court, with copies to the U.S. Trustee and counsel to the any statutory committee appointed, a report of staffing on the engagement for the previous month (the "**Staffing Report**"). Such report shall include the names and functions filled by the individuals assigned.

      g.     The Staffing Report shall also include reports of compensation earned and expenses incurred by GSX on a monthly basis. Such reports shall contain summary charts, which describe the services provided, identify the compensation earned by each executive officer and staff employee provided, and itemize the expenses incurred. Time records shall (i) be appended to the Staffing Report, (ii) contain detailed time entries describing the tasks performed on a daily basis and the corresponding charges (time multiplied by hourly rate), and (iii) be organized by project category. Where personnel are providing services at an hourly rate, the time entries shall identify the time spent completing each task in 0.1-hour increments and the corresponding charge (time multiplied by hourly rate) for each task; where personnel are providing services at a 'flat' rate, the time entries shall be kept in hourly increments. No interim or final fee applications are required for fees accrued in connection with services provided at a flat rate. Parties in interest shall have 14 days after the date each Staffing Report is filed to object to such Staffing Report. In the event an objection is raised and not consensually resolved between the Debtors and the objecting party, all staffing and compensation shall be subject to review by the Court. Upon receipt of any objection, the Debtors shall deduct an amount equal to the amount objected to from the next payment to GSX until such objection is resolved, either consensually or by Court order.

h.     Subject to the terms of this Order, the Debtors are authorized, but not directed, to pay, in the ordinary course of business, all undisputed amounts invoiced by GSX for the fees and expenses incurred in connection with GSX's retention.

i.     Subparagraphs (b)-(c) in paragraph 1 of the Incentive structure in the Engagement Agreement are hereby stricken.

j.     GSX is authorized to receive payments pursuant to paragraph 1(a) of the Incentive structure set forth in the Engagement Agreement, such that GSX is authorized to receive a flat fee of $0.0080 per pound on all coffee transactions successfully completed, including novation, completed sale, transfer, or washout transactions.

k.     Subject to a review for reasonableness as provided below, GSX is further authorized to receive a pro-rata fee on the increased value of the inventory of coffee that is in-store, on-water, or at any other location wherein the coffee remains in the Debtors' legal control, regardless of location, state of processing, or inclusion in the borrowing base calculation (the "**Inventory**") as provided in paragraph 2 of the Incentive structure, but for the avoidance of doubt: (a) no incentive fee shall be earned with respect to the increased value of inventory that has not actually been sold by GSX, (b) the increased value of inventory sold by GSX shall be measured by comparing actual sales prices to the agreed written-down values for such inventory, and (c) the incentives provided in paragraph 2 of the Incentive structure shall not apply to inventory that is sold to customers based on terms and conditions agreed to before the Petition Date.

l.     Subject to a review for reasonableness as provided below, GSX is authorized to receive a 2% fee on all assets that are sold to parties who are introduced to the Debtors by GSX.

m.     GSX shall file a fee application for approval of any payments of the kind covered in subparagraphs (k) and (l), above.  Any payment of incentives, success fees, transaction fees, asset sale fees or other back-end fees shall be subject to approval by the Court at the conclusion of these cases based on a reasonableness standard and are not being pre-approved by entry of this Order. No additional success fee, transaction fee or back-end fee shall be sought upon conversion of the cases, dismissal of the cases of cause or appointment of a trustee.

n.     For a period of three years after the conclusion of GSX's engagement, neither GSX nor any of its subsidiaries shall make any investments in the Debtors or the reorganized Debtors, as applicable.

o.     GSX shall disclose all facts that may have a bearing on whether GSX, its affiliates, and/or any individuals working on the engagement hold or represent any interest adverse to the Debtors, their creditors, or other parties in interest. This obligation is a continuing obligation.

4.     Notwithstanding anything to the contrary herein, any payment made or to be made, and authorization contained in this Order shall be subject to the requirements imposed on the Debtors under any approved debtor-in-possession financing facility, any order regarding the Debtors' postpetition financing or use of cash collateral, and any budget in connection therewith.

5.     To the extent that there is any inconsistency between this Order and the Engagement Agreement or the Motion, the provisions of this Order shall govern.

6.     The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7.     The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

8.     This Court shall retain jurisdiction with respect to all matters arising from or relate

to the implementation of this Order.

Dated: March 14, 2024
       New York, New York

                                    **s/Michael E. Wiles**
                                    THE HONORABLE JUDGE MICHAEL E. WILES
                                    UNITED STATES BANKRUPTCY JUDGE

**Exhibit C-1**

**Time Records**



RE: Mercon Coffee Group

Great Southern Cross Commodities, Pty Ltd

Attachment: Time Detail                                    Period                    For the period 6th Dec 2023 to 31st Dec 2023

| Date | Professional | Hours | Descriptoion |
|---|---|---|---|
| **Asset Analysis and Recovery** | | | |
| 6-Dec-2023 | Henry Walsh | 2.0 | Position Report Analysis Reviews |
| 7-Dec-2023 | Henry Walsh | 2.0 | Position Report Analysis Reviews |
| 11-Dec-2023 | Henry Walsh | 3.0 | Position Analysis - post derivatives being liquidated |
| 12-Dec-2023 | Henry Walsh | 3.0 | Washout reviews across various clients |
| 12-Dec-2023 | Henry Walsh | 1.5 | Reviewing release requests |
| 12-Dec-2023 | Henry Walsh | 1.5 | Reviewing customer responses to Ch 11 |
| 12-Dec-2023 | Henry Walsh | 0.5 | Reviewing and getting execution of NDA with interested party |
| 12-Dec-2023 | Henry Walsh | 0.5 | Position Analysis and review with Management |
| 13-Dec-2023 | Henry Walsh | 5.0 | Washout reviews across various clients |
| 13-Dec-2023 | Henry Walsh | 1.0 | Payment reviews |
| 14-Dec-2023 | Henry Walsh | 2.0 | Payment reviews - chasing warehouse payments |
| 15-Dec-2023 | Henry Walsh | 2.0 | Reallocation of inventory to sales |
| 15-Dec-2023 | Henry Walsh | 2.0 | Review MTM values and methodology |
| 18-Dec-2023 | Henry Walsh | 4.0 | Washout reviews/emails across various clients |
| 19-Dec-2023 | Henry Walsh | 2.0 | Washout reviews/emails across various clients |
| **Task Code Total Hours** | | **32.0** | |
| **Asset Disposition** | | | |
| 6-Dec-2023 | Henry Walsh | 0.5 | Call with potential buyer (Sucafina) |
| 6-Dec-2023 | Henry Walsh | 1.0 | Call with potential buyer (DRW) |
| 10-Dec-2023 | Henry Walsh | 1.0 | Call with potential buyer (LDC) |
| 10-Dec-2023 | Henry Walsh | 1.0 | Call with Riveron |
| 11-Dec-2023 | Henry Walsh | 2.5 | Data room review |
| 12-Dec-2023 | Henry Walsh | 1.0 | Call with prospective buyer (ECOM) |
| 12-Dec-2023 | Henry Walsh | 0.5 | Data room technical issues review |
| 13-Dec-2023 | Henry Walsh | 1.0 | Call with potential buyer |
| 13-Dec-2023 | Henry Walsh | 0.5 | Call with potential buyer (DRW) |
| 13-Dec-2023 | Henry Walsh | 0.5 | Email conversation with potential buyer - DRW |
| 15-Dec-2023 | Henry Walsh | 1.0 | Meeting / call with Riveron |
| 15-Dec-2023 | Henry Walsh | 2.0 | Preparation of hedging strategy for lending group |
| 16-Dec-2023 | Henry Walsh | 1.5 | Call with Volcafe (potential buyer) |
| 17-Dec-2023 | Henry Walsh | 1.0 | Meeting / call with Riveron - Michael & Eric |
| 18-Dec-2023 | Henry Walsh | 1.0 | Call with potential buyer |
| 18-Dec-2023 | Henry Walsh | 2.0 | Preparation of hedging strategy for lending group |
| 19-Dec-2023 | Henry Walsh | 1.0 | Follow up call with potential buyer |
| 19-Dec-2023 | Henry Walsh | 1.0 | Call with potential buyer legal counsel |
| 19-Dec-2023 | Henry Walsh | 1.0 | Pending info for data room call w/ Riveron |
| 21-Dec-2023 | Henry Walsh | 1.0 | Project Mocha discussion Rothschild & Buyer |
| 21-Dec-2023 | Henry Walsh | 1.0 | Discussion call with Lending Group advisors |
| 21-Dec-2023 | Henry Walsh | 1.0 | Project Mocha discussion Rothschild re Sucafina |
| 22-Dec-2023 | Henry Walsh | 1.0 | Introduce new prospect to Rothschild |
| 22-Dec-2023 | Henry Walsh | 1.0 | Project Mocha discussion Rothschild & Buyer (HLP) |
| 22-Dec-2023 | Henry Walsh | 2.0 | Washout reviews/emails across various clients |
| 22-Dec-2023 | Henry Walsh | 3.0 | Review Brazil position sales & purchases |
| 26-Dec-2023 | Henry Walsh | 2.0 | Review collateral for various loans |
| 26-Dec-2023 | Henry Walsh | 1.0 | Project Mocha discussion Rothschild & Buyer |
| 28-Dec-2023 | Henry Walsh | 1.0 | Call to review position reports with Advisors |
| 29-Dec-2023 | Henry Walsh | 1.0 | Call with prospective buyer |
| 29-Dec-2023 | Henry Walsh | 1.0 | Call with prospective buyer |
| 30-Dec-2023 | Henry Walsh | 1.0 | Call with prospective buyer (Sucafina) |
| 31-Dec-2023 | Henry Walsh | 2.0 | Developing/coding Group position reports for Data Room |
| 31-Dec-2023 | Henry Walsh | 2.0 | Developing/coding Group position reports for Brazil origin |
| 31-Dec-2023 | Henry Walsh | 2.0 | Developing/coding Group position reports for Central America |
| 31-Dec-2023 | Henry Walsh | 2.0 | Developing/coding Group position reports for Vietnam origin |
| 31-Dec-2023 | Henry Walsh | 1.0 | Washout reviews/emails across various clients |
| 0-Jan-1900 | #N/A | . | 0 |
| 0-Jan-1900 | #N/A | . | 0 |
| 0-Jan-1900 | #N/A | . | 0 |

| Date | Professional | Hours | Descriptoion |
|------|-------------|-------|--------------|
| Task Code Total Hours | | 47.0 | |
| **General Case Strategy** | | | |
| 6-Dec-2023 | Henry Walsh | 1.0 | Mercon Management discussion |
| 9-Dec-2023 | Henry Walsh | 0.5 | Call with Riveron |
| Task Code Total Hours | | 1.5 | |
| **Committee Matters** | | | |
| 15-Dec-2023 | Henry Walsh | 1.0 | Lenders call |
| 19-Dec-2023 | Henry Walsh | 1.0 | Lenders call |
| 21-Dec-2023 | Henry Walsh | 1.0 | Lenders call |
| 26-Dec-2023 | Henry Walsh | 1.0 | Lenders call |
| 28-Dec-2023 | Henry Walsh | 1.0 | Lenders call |
| Task Code Total Hours | | 5.0 | |
| **Data Analysis** | | | |
| 9-Dec-2023 | Henry Walsh | 6.0 | Preparation of position reports |
| 10-Dec-2023 | Henry Walsh | 3.0 | Preparation of position reports |
| 17-Dec-2023 | Henry Walsh | 4.0 | Updating of position reports - reconciliation of differences |
| 26-Dec-2023 | Henry Walsh | 2.0 | Build position reports for Data Room |
| 27-Dec-2023 | Henry Walsh | 3.0 | Build position reports for Data Room |
| 27-Dec-2023 | Henry Walsh | 0.5 | Review cancellation Letter for customer |
| 27-Dec-2023 | Henry Walsh | 1.0 | Hudson Bay Intro call |
| 27-Dec-2023 | Henry Walsh | 1.0 | Gordon Brothers Intro call |
| 28-Dec-2023 | Henry Walsh | 2.0 | Review Brazil sales and purchases updated data |
| 28-Dec-2023 | Henry Walsh | 3.0 | Build cash realisation model for Brazil |
| 28-Dec-2023 | Henry Walsh | 1.0 | Project Mocha timeline |
| 28-Dec-2023 | Henry Walsh | 1.0 | Mercon Brasil review |
| 29-Dec-2023 | Henry Walsh | 1.0 | Forward book discussion |
| 30-Dec-2023 | Henry Walsh | 3.0 | Developing/coding Group position reports for Data Room |
| 30-Dec-2023 | Henry Walsh | 3.0 | Developing/coding Group position reports for Brazil origin |
| 29-Dec-2023 | Henry Walsh | 1.0 | Forward book discussion - data follow up |
| 30-Dec-2023 | Henry Walsh | 3.0 | Developing/coding Group position reports for Data Room |
| 30-Dec-2023 | Henry Walsh | 3.0 | Developing/coding Group position reports for Brazil origin |
| Task Code Total Hours | | 41.5 | |
| **Business Operations of the Debtor** | | | |
| 6-Dec-2023 | Henry Walsh | 3.0 | Borrowing Base Review |
| 7-Dec-2023 | Henry Walsh | 1.0 | Call with Riveron - hedging strategy |
| 7-Dec-2023 | Henry Walsh | 1.0 | Mercon Management discussion |
| 7-Dec-2023 | Henry Walsh | 1.0 | Meeting on margin calls |
| 7-Dec-2023 | Henry Walsh | 3.0 | Futures positions statement reviews |
| 8-Dec-2023 | Henry Walsh | 2.0 | Mercon Futures and Position Reports - meeting Diego |
| 8-Dec-2023 | Henry Walsh | 2.0 | Meeting on margin calls - review options on option expory |
| 8-Dec-2023 | Henry Walsh | 1.0 | Traders call |
| 8-Dec-2023 | Henry Walsh | 1.0 | Call with Macquarie Futures |
| 8-Dec-2023 | Henry Walsh | 1.0 | Management Discussion post Macquarie Call |
| 8-Dec-2023 | Henry Walsh | 1.0 | Email contact with other clearers (ADM, Marex) |
| 11-Dec-2023 | Henry Walsh | 1.0 | Traders call preparation |
| 11-Dec-2023 | Henry Walsh | 1.0 | Traders call |
| 11-Dec-2023 | Henry Walsh | 1.0 | Call with Macquarie Futures - positions liquidated |
| 12-Dec-2023 | Henry Walsh | 1.0 | Traders call preparation |
| 12-Dec-2023 | Henry Walsh | 1.0 | Traders call |
| 13-Dec-2023 | Henry Walsh | 1.0 | Traders call preparation |
| 13-Dec-2023 | Henry Walsh | 1.0 | Traders call |
| 14-Dec-2023 | Henry Walsh | 1.0 | Traders call preparation |
| 14-Dec-2023 | Henry Walsh | 1.0 | Traders call |
| 14-Dec-2023 | Henry Walsh | 2.0 | Payment terms review |
| 14-Dec-2023 | Henry Walsh | 2.0 | Review customer responses to CH 11. Draft email responses |
| 14-Dec-2023 | Henry Walsh | 1.0 | Review Folgers proposal with US team |
| 15-Dec-2023 | Henry Walsh | 1.0 | Review Vietnam queries and issues |
| 15-Dec-2023 | Henry Walsh | 1.0 | Traders call preparation |
| 18-Dec-2023 | Henry Walsh | 1.0 | Traders call preparation |
| 18-Dec-2023 | Henry Walsh | 1.0 | Traders call |
| 18-Dec-2023 | Henry Walsh | 1.0 | Call with Macquarie OTC hedge desk - discuss hedging alternatives |
| 19-Dec-2023 | Henry Walsh | 1.0 | Traders call preparation |
| 19-Dec-2023 | Henry Walsh | 1.0 | Traders call |
| 21-Dec-2023 | Henry Walsh | 1.0 | Traders call preparation |
| 21-Dec-2023 | Henry Walsh | 1.0 | Traders call |
| 21-Dec-2023 | Henry Walsh | 1.0 | Review cancellation Letter template |

| Date | Professional | Hours | Descriptoion |
|------|-------------|-------|--------------|
| 21-Dec-2023 | Henry Walsh | 2.0 | Repo in Brazil calls/emails |
| 22-Dec-2023 | Henry Walsh | 1.0 | Review Borrowing Base vs Positions |
| 23-Dec-2023 | Henry Walsh | 1.0 | Review payments terms/releases |
| 23-Dec-2023 | Henry Walsh | 1.0 | Review washout emails - USA |
| 23-Dec-2023 | Henry Walsh | 1.0 | Accounts Receivable / Positions of Buyers |
| 26-Dec-2023 | Henry Walsh | 1.0 | Washout reviews/emails across various clients |
| 26-Dec-2023 | Henry Walsh | 1.0 | Call / discussion afloat coffee situation |
| 26-Dec-2023 | Henry Walsh | 2.0 | Review washout emails - USA |
| 26-Dec-2023 | Henry Walsh | 2.0 | Working with operations on changing payment terms |
| Task Code Total Hours | | 53.0 | |
| Non-Working Travel Time | | | |
| 20-Dec-2023 | Henry Walsh | 8.0 | Travel to Australia |
| Task Code Total Hours | | 8.0 | |
| Total Hours | | 188.0 | |



RE: Mercon Coffee Group

Great Southern Cross Commodities, Pty Ltd

Attachment: Time Detail                          Period                    For the period 2nd Jan to 31st Jan 2024

| Date | Professional | Hours | Descriptoion |
|------|-------------|-------|--------------|
| **Asset Analysis and Recovery** | | | |
| 3-Jan-2024 | Henry Walsh | 1.5 | Washout reviews across various clients |
| 3-Jan-2024 | Henry Walsh | 1.5 | Reviewing release requests |
| 10-Jan-2024 | Henry Walsh | 3.0 | Washout reviews across various clients |
| 11-Jan-2024 | Henry Walsh | 0.5 | Position Analysis and review with Management |
| 15-Jan-2024 | Henry Walsh | 1.0 | Draft email to lawyers re right of set off |
| 15-Jan-2024 | Henry Walsh | 1.0 | washout strategy - emails |
| 24-Jan-2024 | Henry Walsh | 2.5 | Preparation and drafting of AR emails to 4 key clients |
| **Task Code Total Hours** | | **11.0** | |
| **Asset Disposition** | | | |
| 2-Jan-2024 | Henry Walsh | 2.0 | Developing/coding Group position reports for Central America |
| 2-Jan-2024 | Henry Walsh | 2.0 | Developing/coding Group position reports for Vietnam origin |
| 2-Jan-2024 | Henry Walsh | 2.0 | Developing/coding Group position reports for Nicaragua origin |
| 3-Jan-2024 | Henry Walsh | 1.0 | Position report review with Rothschilds |
| 3-Jan-2024 | Henry Walsh | 1.0 | Project Mocha 0 Brazil call |
| 4-Jan-2024 | Henry Walsh | 0.5 | Position report follow up/emails Rothschild |
| 4-Jan-2024 | Henry Walsh | 0.5 | Call with Mercon Management (Oscar) |
| 4-Jan-2024 | Henry Walsh | 0.5 | Call with Mercon Management Artur |
| 4-Jan-2024 | Henry Walsh | 2.0 | Call with Buyer (Sucafina) |
| 7-Jan-2024 | Henry Walsh | 4.0 | Updated of position reports for VDR |
| 8-Jan-2024 | Henry Walsh | 0.5 | Call with GM of Vietnam |
| 8-Jan-2024 | Henry Walsh | 1.5 | Project Mocha Fwd book discussion with Rothschild |
| 9-Jan-2024 | Henry Walsh | 1.5 | Call with Sucafina on position report and fwd book analysis |
| 10-Jan-2024 | Henry Walsh | 1.0 | Response to DD requests |
| 10-Jan-2024 | Henry Walsh | 1.0 | Appoval of spot sales |
| 11-Jan-2024 | Henry Walsh | 1.0 | Project Mocha Fwd book discussion with Rothschild |
| 11-Jan-2024 | Henry Walsh | 1.0 | Further changes & updates to reports for VDR |
| 12-Jan-2024 | Henry Walsh | 2.5 | Appoval of spot sales, washouts and releases |
| 12-Jan-2024 | Henry Walsh | 0.5 | Call with Mercon (Oscar) |
| 12-Jan-2024 | Henry Walsh | 0.5 | Call with Buyer (Volcafe) |
| 12-Jan-2024 | Henry Walsh | 1.5 | Conference Call with Buyer (StoneX) |
| 13-Jan-2024 | Henry Walsh | 2.5 | Appoval of spot sales, washouts and releases |
| 16-Jan-2024 | Henry Walsh | 1.0 | Call with Potential Buyer (StoneX) |
| 16-Jan-2024 | Henry Walsh | 0.5 | Call with Mercon (Oscar) |
| 17-Jan-2024 | Henry Walsh | 1.0 | Review Spots availability model |
| 17-Jan-2024 | Henry Walsh | 1.0 | Call with LDC (Project Mocha) |
| 17-Jan-2024 | Henry Walsh | 0.5 | Call with Sucafina |
| 18-Jan-2024 | Henry Walsh | 0.5 | Discussion with Specialty Business |
| 18-Jan-2024 | Henry Walsh | 1.0 | Review of Specialty business plan |
| 19-Jan-2024 | Henry Walsh | 0.5 | Call with Volcafe re Vietnam assets |
| 19-Jan-2024 | Henry Walsh | 1.0 | Clarity on approach for potentail Dutch Bankruptcy questions |
| 19-Jan-2024 | Henry Walsh | 1.0 | Updated Brazil position reports |
| 19-Jan-2024 | Henry Walsh | 1.0 | Respond to DD Requests |
| 19-Jan-2024 | Henry Walsh | 1.0 | Review of Credit issues with Catalyst Trade |
| 22-Jan-2024 | Henry Walsh | 0.5 | Call with Volcafe re Vietnam assets |
| 22-Jan-2024 | Henry Walsh | 2.0 | Updated of position reports for VDR |
| 22-Jan-2024 | Henry Walsh | 1.0 | Calls updates/ negotiate sale of Honduras inventory |
| 22-Jan-2024 | Henry Walsh | 1.0 | Call with MErcon EU sales team |
| 22-Jan-2024 | Henry Walsh | 0.5 | Call with Mercon US Sales team |
| 23-Jan-2024 | Henry Walsh | 1.0 | Call with Bakers & Riveron - Mercon Commercial items |
| 23-Jan-2024 | Henry Walsh | 1.0 | Project Mocha - call with Volcafe & Rothschilds |
| 23-Jan-2024 | Henry Walsh | 1.0 | Call with Riveron on Liquidation Analysis |
| 23-Jan-2024 | Henry Walsh | 1.0 | Intro call with Volcafe USA (JDeM) |
| 24-Jan-2024 | Henry Walsh | 1.0 | Project Mocha - call with StoneX |
| 24-Jan-2024 | Henry Walsh | 1.0 | Project Mocha - call with ECOM |
| 24-Jan-2024 | Henry Walsh | 1.0 | Sale Strategy Call Mocha professionals |
| 24-Jan-2024 | Henry Walsh | 0.5 | StoneX Catch up with Rothschilds |
| 24-Jan-2024 | Henry Walsh | 1.5 | Updated of position reports for VDR with new inventory report |

| Date | Professional | Hours | Descriptioon |
|---|---|---|---|
| 24-Jan-2024 | Henry Walsh | 1.0 | Review spot sales |
| 25-Jan-2024 | Henry Walsh | 0.5 | Vietnam Inventory meeting with Rothschild |
| 25-Jan-2024 | Henry Walsh | 0.5 | Vietnam tax/inventory call with Rothschild + Bakers |
| 25-Jan-2024 | Henry Walsh | 0.5 | Vietnam CatQue<>SBUX stategy - calls |
| 29-Jan-2024 | Henry Walsh | 2.0 | Vietnam Back to Back trades calls |
| 29-Jan-2024 | Henry Walsh | 1.0 | Rothschilds ECOM DD Responses |
| 30-Jan-2024 | Henry Walsh | 1.0 | SBUX strategy emails |
| 30-Jan-2024 | Henry Walsh | 0.5 | Call with Mercon US Sales - spots sales |
| 31-Jan-2024 | Henry Walsh | 1.0 | Vietnam CMA inventory analysis |
| **Task Code Total Hours** | | **62.5** | |
| Committee Matters | | | |
| 2-Jan-2024 | Henry Walsh | 1.0 | Lenders call |
| 4-Jan-2024 | Henry Walsh | 1.0 | Lenders call |
| 18-Jan-2024 | Henry Walsh | 1.0 | Lenders call |
| 23-Jan-2024 | Henry Walsh | 1.0 | Lenders call |
| 25-Jan-2024 | Henry Walsh | 1.0 | Lenders call |
| 31-Jan-2024 | Henry Walsh | 1.0 | Lenders call |
| **Task Code Total Hours** | | **6.0** | |
| Data Analysis | | | |
| 4-Jan-2024 | Henry Walsh | 4.5 | Brazil cash realisation updated model |
| 4-Jan-2024 | Henry Walsh | 2.0 | Guatemala cash realisation updated model |
| 5-Jan-2024 | Henry Walsh | 2.5 | Guatemala cash realisation updated model |
| 17-Jan-2024 | Henry Walsh | 1.0 | Call with Mercon finance team on resolving data issues |
| 17-Jan-2024 | Henry Walsh | 2.5 | Data/Coding of new inventory availability model |
| 18-Jan-2024 | Henry Walsh | 1.5 | Data/Coding of new inventory availability model |
| 19-Jan-2024 | Henry Walsh | 1.0 | Clean up Brazil data issues |
| 27-Jan-2024 | Henry Walsh | 1.0 | Call with Mercon Finance on ECOM DD requests |
| 29-Jan-2024 | Henry Walsh | 1.5 | Review Vietnam Data issues with GM of Vietnam |
| **Task Code Total Hours** | | **17.5** | |
| Committee Professionals Retention/Fee Applications | | | |
| 9-Jan-2024 | Henry Walsh | 1.0 | Call with Harve - Riveron on Engagement Letter |
| 19-Jan-2024 | Henry Walsh | 1.0 | Discussion with Bakers on Time tracking and fee calculation |
| 19-Jan-2024 | Henry Walsh | 2.5 | Preparation of time tracker and reports |
| 22-Jan-2024 | Henry Walsh | 0.5 | Discussion on retention agreement |
| 25-Jan-2024 | Henry Walsh | 0.5 | Retention agreement call with Reggie & John |
| **Task Code Total Hours** | | **5.5** | |
| Business Operations of the Debtor | | | |
| 2-Jan-2024 | Henry Walsh | 1.0 | Draft email response to client to ensure payment |
| 3-Jan-2024 | Henry Walsh | 1.0 | Near month contract strategy meeting |
| 3-Jan-2024 | Henry Walsh | 1.0 | Traders call |
| 4-Jan-2024 | Henry Walsh | 2.0 | Washout reviews across various clients |
| 4-Jan-2024 | Henry Walsh | 1.0 | Reviewing release & payment requests |
| 4-Jan-2024 | Henry Walsh | 1.0 | Call with Macquarie Futures |
| 4-Jan-2024 | Henry Walsh | 0.5 | Washouts email clarification |
| 5-Jan-2024 | Henry Walsh | 1.0 | Margin call discussion Brazil BMF - via email |
| 5-Jan-2024 | Henry Walsh | 1.0 | Payments issue with Mercon |
| 5-Jan-2024 | Henry Walsh | 1.0 | Client washout emails review |
| 5-Jan-2024 | Henry Walsh | 1.0 | Call with GM of Vietnam |
| 5-Jan-2024 | Henry Walsh | 0.5 | Brazil Repo issue |
| 9-Jan-2024 | Henry Walsh | 1.0 | Traders call preparation |
| 9-Jan-2024 | Henry Walsh | 1.0 | Traders call |
| 11-Jan-2024 | Henry Walsh | 1.0 | Release requests |
| 11-Jan-2024 | Henry Walsh | 1.0 | Washout response emails |
| 12-Jan-2024 | Henry Walsh | 0.5 | Call with Mercon (AJ) |
| 12-Jan-2024 | Henry Walsh | 0.5 | Call with GM of Vietnam |
| 13-Jan-2024 | Henry Walsh | 1.0 | Review washout template |
| 15-Jan-2024 | Henry Walsh | 2.0 | Washout response emails - questions |
| 16-Jan-2024 | Henry Walsh | 1.0 | Review Vietnam queries and issues |
| 16-Jan-2024 | Henry Walsh | 0.5 | Call with Mercon (AJ) |
| 17-Jan-2024 | Henry Walsh | 0.5 | Traders call preparation |
| 17-Jan-2024 | Henry Walsh | 1.0 | Traders call |
| 17-Jan-2024 | Henry Walsh | 0.5 | Call with ADM Clearer - status update of Mercon |
| 17-Jan-2024 | Henry Walsh | 0.5 | Call with Eric Riveron - status review |
| 17-Jan-2024 | Henry Walsh | 1.0 | Forward book review with Lender's advisor + HL |
| 17-Jan-2024 | Henry Walsh | 1.5 | Washout response emails - questions |
| 18-Jan-2024 | Henry Walsh | 0.5 | Traders call preparation |

| Date | Professional | Hours | Descriptoion |
|------|-------------|-------|--------------|
| 18-Jan-2024 | Henry Walsh | 1.0 | Traders call |
| 18-Jan-2024 | Henry Walsh | 0.5 | Call with GM of Vietnam |
| 18-Jan-2024 | Henry Walsh | 1.5 | Washout response emails - questions |
| 19-Jan-2024 | Henry Walsh | 0.5 | Traders call preparation |
| 19-Jan-2024 | Henry Walsh | 1.0 | Traders call |
| 19-Jan-2024 | Henry Walsh | 0.5 | Call to confirm legal status of Vietnam local entities |
| 19-Jan-2024 | Henry Walsh | 1.5 | Washout response emails - questions |
| 19-Jan-2024 | Henry Walsh | 1.0 | Preparation of report for Riveron |
| 22-Jan-2024 | Henry Walsh | 0.5 | Traders call preparation |
| 22-Jan-2024 | Henry Walsh | 1.0 | Traders call |
| 22-Jan-2024 | Henry Walsh | 0.5 | Preparation of email to NAB to attempt collection services |
| 22-Jan-2024 | Henry Walsh | 0.5 | Call with GM of Vietnam |
| 22-Jan-2024 | Henry Walsh | 1.0 | China Light Documentation issue/emails |
| 23-Jan-2024 | Henry Walsh | 0.5 | Traders call preparation |
| 23-Jan-2024 | Henry Walsh | 1.0 | Traders call |
| 23-Jan-2024 | Henry Walsh | 1.5 | Review Sustainability payments and process to move forward |
| 24-Jan-2024 | Henry Walsh | 0.5 | Traders call preparation |
| 24-Jan-2024 | Henry Walsh | 1.0 | Traders call |
| 24-Jan-2024 | Henry Walsh | 1.5 | Washout response emails - questions |
| 24-Jan-2024 | Henry Walsh | 0.5 | Call with Rabo to try and arrange doc collection service |
| 25-Jan-2024 | Henry Walsh | 0.5 | Traders call preparation |
| 25-Jan-2024 | Henry Walsh | 1.0 | Traders call |
| 25-Jan-2024 | Henry Walsh | 1.5 | Washout & Release response emails - questions |
| 27-Jan-2024 | Henry Walsh | 0.5 | Call with Mercon US Sales on spots |
| 27-Jan-2024 | Henry Walsh | 0.5 | Release requests |
| 27-Jan-2024 | Henry Walsh | 0.5 | Respond to Lenders Advisors |
| 29-Jan-2024 | Henry Walsh | 1.0 | Release requests |
| 30-Jan-2024 | Henry Walsh | 1.0 | Release/ client emails /clarifications |
| 30-Jan-2024 | Henry Walsh | 1.0 | Spot Sales vs contracts allocations - Extarkt Coffee |
| 30-Jan-2024 | Henry Walsh | 1.0 | Spot Sales vs contracts allocations - Beyers |
| 30-Jan-2024 | Henry Walsh | 0.5 | Call with Eric Riveron - status review |
| 31-Jan-2024 | Henry Walsh | 0.5 | Traders call preparation |
| 31-Jan-2024 | Henry Walsh | 1.0 | Traders call |
| 31-Jan-2024 | Henry Walsh | 1.0 | Washout & Release response emails - questions |
| **Task Code Total Hours** | | **56.0** | |
| *Non-Working Travel Time* | | | |
| 16-Jan-2024 | Henry Walsh | 8.0 | Travel to Miami USA |
| 26-Jan-2024 | Henry Walsh | 8.0 | Travel to Australia |
| **Task Code Total Hours** | | **16.0** | |
| **Total Hours** | | **174.5** | |



RE: Mercon Coffee Group

Great Southern Cross Commodities, Pty Ltd

Attachment: Time Detail                              Period                    For the period 1st Feb to 29th Feb 2024

| Date | Professional | Hours | Descriptoion |
|------|--------------|-------|--------------|
| **Asset Analysis and Recovery** | | | |
| 1-Feb-2024 | Henry Walsh | 1.0 | Demand letter strategy with Chipman |
| 2-Feb-2024 | Henry Walsh | 1.0 | Collating information for Chipmans for Collection Letters |
| 6-Feb-2024 | Henry Walsh | 3.0 | Preparation of AR/Set off amount reports for Lenders call |
| 7-Feb-2024 | Henry Walsh | 3.0 | Data analysis of sales deliveries (late & forecast) |
| 8-Feb-2024 | Henry Walsh | 1.0 | Call with Riveron & Chipman Brown on collections |
| 13-Feb-2024 | Henry Walsh | 2.0 | Outstanding MCC Sales analysis |
| 28-Feb-2024 | Henry Walsh | 1.5 | Preparation and sending of AR emails to clients |
| **Task Code Total Hours** | | **12.5** | |
| **Asset Disposition** | | | |
| 1-Feb-2024 | Henry Walsh | 1.0 | Project Mocha - Call StoneX & Specialty |
| 1-Feb-2024 | Henry Walsh | 1.0 | Project Mocha - Call StoneX & Lift |
| 1-Feb-2024 | Henry Walsh | 0.5 | Following up sale of Vietnam CMA inventory |
| 1-Feb-2024 | Henry Walsh | 0.5 | Call with StoneX on DD questions |
| 1-Feb-2024 | Henry Walsh | 0.5 | Call with SBUX on Guatemala/BZ strategy |
| 1-Feb-2024 | Henry Walsh | 1.0 | Response to DD requests - Rothschild |
| 1-Feb-2024 | Henry Walsh | 0.5 | Calls arranging possible sale of Vietnam CMA inventory |
| 2-Feb-2024 | Henry Walsh | 0.5 | Following up sale of Vietnam CMA inventory |
| 2-Feb-2024 | Henry Walsh | 1.0 | Calls/Emails arranging possible sale of Vietnam CMA inventory |
| 5-Feb-2024 | Henry Walsh | 4.0 | Updated of position reports for VDR |
| 5-Feb-2024 | Henry Walsh | 1.0 | Preparation and drafting of cancellation letter |
| 5-Feb-2024 | Henry Walsh | 0.5 | Response to CLO emails from clients |
| 6-Feb-2024 | Henry Walsh | 1.0 | Call with Mercon Brazil - position details |
| 6-Feb-2024 | Henry Walsh | 0.5 | Call with Mercon Brazil - basis levels and inventory review |
| 6-Feb-2024 | Henry Walsh | 0.5 | Call Rothschild - StoneX strategy |
| 6-Feb-2024 | Henry Walsh | 0.5 | Conference Call Rothschild - StoneX |
| 6-Feb-2024 | Henry Walsh | 1.0 | draft of Guatemala position for StoneX |
| 6-Feb-2024 | Henry Walsh | 0.5 | draft of Brazil position for StoneX |
| 6-Feb-2024 | Henry Walsh | 0.5 | draft of Brazil position for StoneX |
| 7-Feb-2024 | Henry Walsh | 0.5 | Call with Pelican Rouge on AR |
| 7-Feb-2024 | Henry Walsh | 0.5 | Call with Starbucks on open contracts |
| 8-Feb-2024 | Henry Walsh | 1.0 | Call with StoneX Project Mocha |
| 8-Feb-2024 | Henry Walsh | 1.0 | Call with UCC representative Ankura |
| 8-Feb-2024 | Henry Walsh | 1.0 | Call with Lavazza |
| 8-Feb-2024 | Henry Walsh | 5.0 | Forecast of deliveries and late pick ups Lenders call / BRG. |
| 9-Feb-2024 | Henry Walsh | 1.0 | Call with BRG & Riveron |
| 9-Feb-2024 | Henry Walsh | 1.0 | Approval of spot sales/inventory valuations |
| 9-Feb-2024 | Henry Walsh | 0.5 | Review of data/trades for Guat/BZ fwd book analysis |
| 9-Feb-2024 | Henry Walsh | 2.0 | Analysis of bid for Vietnam CMA inventory |
| 10-Feb-2024 | Henry Walsh | 1.0 | Review bid for Honduras Inventory - plan to execute |
| 10-Feb-2024 | Henry Walsh | 1.0 | Comparison analysis of Vietnam CMA inventory |
| 10-Feb-2024 | Henry Walsh | 0.5 | Call with Guatemala manager on inventory |
| 10-Feb-2024 | Henry Walsh | 1.0 | Call with Specialty Sales team on inventory sales |
| 12-Feb-2024 | Henry Walsh | 1.0 | Call with AHOLD on washouts and AR/Setoff |
| 12-Feb-2024 | Henry Walsh | 1.0 | Call with R&Co on inventory and specialty |
| 13-Feb-2024 | Henry Walsh | 1.0 | Review and negotiate spot sales of coffee |
| 13-Feb-2024 | Henry Walsh | 0.5 | Review UCC position |
| 13-Feb-2024 | Henry Walsh | 1.5 | Review Lavazza position |
| 13-Feb-2024 | Henry Walsh | 1.0 | Draft and send out Keurig Letter |
| 13-Feb-2024 | Henry Walsh | 1.0 | Call with R&Co on Vietnam inventory |
| 13-Feb-2024 | Henry Walsh | 1.0 | Call with Riveron on inventory sales time line |
| 13-Feb-2024 | Henry Walsh | 1.0 | Call with BRG and R&Co on sales process |
| 13-Feb-2024 | Henry Walsh | 1.0 | Call with BRG  Riveron fwd book |
| 14-Feb-2024 | Henry Walsh | 1.0 | Call with Lavazza on washouts and next steps |
| 14-Feb-2024 | Henry Walsh | 1.0 | Call Bakers R&Co Sucafina bid analysis |
| 14-Feb-2024 | Henry Walsh | 1.0 | Call with Riveron on inventory sales time line |
| 15-Feb-2024 | Henry Walsh | 0.5 | Follow up call with Pelican Rouge on AR |
| 15-Feb-2024 | Henry Walsh | 3.0 | Drafting of letter for GSX Fee proposal |

| Date | Professional | Hours | Descriptoion |
|------|-------------|-------|--------------|
| 15-Feb-2024 | Henry Walsh | 0.5 | Project Mocha call with StoneX |
| 16-Feb-2024 | Henry Walsh | 1.0 | Meeting with UCC on AR Washouts |
| 16-Feb-2024 | Henry Walsh | 1.0 | Meeting with roaster on AR Washouts |
| 16-Feb-2024 | Henry Walsh | 1.0 | Review spot bids for inventory |
| 18-Feb-2024 | Henry Walsh | 1.0 | Call with R&Co on Specialty |
| 18-Feb-2024 | Henry Walsh | 2.0 | Analysis of StoneX bid for Specialty |
| 19-Feb-2024 | Henry Walsh | 2.0 | Analysis of StoneX bid for Specialty |
| 19-Feb-2024 | Henry Walsh | 2.0 | Call with R&Co Specialty |
| 19-Feb-2024 | Henry Walsh | 1.0 | Analysis of Vietnam & Brazil fwd book |
| 19-Feb-2024 | Henry Walsh | 0.5 | Call with Sucafina on MCC Viet Sales |
| 19-Feb-2024 | Henry Walsh | 1.5 | Preparation of Viet MCC Sales |
| 19-Feb-2024 | Henry Walsh | 1.0 | Analysis of spot sales |
| 20-Feb-2024 | Henry Walsh | 1.0 | Project Mocha - updated StoneX LOI review |
| 20-Feb-2024 | Henry Walsh | 1.0 | Call with Bakers on Monthly Statement for GSX |
| 20-Feb-2024 | Henry Walsh | 1.0 | Call with Riveron, BRG on Cashflow analysis |
| 20-Feb-2024 | Henry Walsh | 0.5 | Call with Brazil on MBR forward book |
| 23-Feb-2024 | Henry Walsh | 1.0 | AR discussion BRG, Riveron, Rabo |
| 23-Feb-2024 | Henry Walsh | 1.0 | Project Mocha - updated StoneX LOI review |
| 23-Feb-2024 | Henry Walsh | 1.0 | Harvest Roasting emails/issue Chipman Brown |
| 23-Feb-2024 | Henry Walsh | 2.0 | Build out of washout model |
| 23-Feb-2024 | Henry Walsh | 0.5 | Send out washout model / collect differentials |
| 27-Feb-2024 | Henry Walsh | 1.0 | Call with Rothschild & Riveron on Specialty |
| 27-Feb-2024 | Henry Walsh | 0.5 | Call with Riveron - collection letters, clients, AR |
| 29-Feb-2024 | Henry Walsh | 1.0 | Coordinate drafting of demand letter |
|  |  | 76.0 |  |
| **Committee Matters** |  |  |  |
| 2-Feb-2024 | Henry Walsh | 1.0 | Lenders call |
| 4-Feb-2024 | Henry Walsh | 3.0 | Preparation of docs for retention fees |
| 7-Feb-2024 | Henry Walsh | 1.0 | Lenders call |
| 13-Feb-2024 | Henry Walsh | 1.0 | Lenders call |
| 15-Feb-2024 | Henry Walsh | 1.0 | Lenders call |
| 20-Feb-2024 | Henry Walsh | 1.0 | Lenders call |
| 28-Feb-2024 | Henry Walsh | 1.0 | Lenders call |
| **Task Code Total Hours** |  | 9.0 |  |
| **Data Analysis** |  |  |  |
| 3-Feb-2024 | Henry Walsh | 2.0 | Reviewing data issues for Vietnam & Specialty |
| 4-Feb-2024 | Henry Walsh | 1.0 | Updating Positions for VDR |
| 4-Feb-2024 | Henry Walsh | 1.0 | Fixing issue with Vietnam Data files |
| 4-Feb-2024 | Henry Walsh | 1.0 | Creating new bespoke report for Specialty Coffee |
| 12-Feb-2024 | Henry Walsh | 2.0 | Data analysis of overdue deliveries Specialty |
| 13-Feb-2024 | Henry Walsh | 1.0 | Update position reports for VDR |
| 20-Feb-2024 | Henry Walsh | 2.0 | Washout data analysis |
| 21-Feb-2024 | Henry Walsh | 2.0 | Build out of washout model |
| 22-Feb-2024 | Henry Walsh | 3.0 | Build out of washout model |
| 27-Feb-2024 | Henry Walsh | 3.5 | Sourcing 3rd party differential data |
| 28-Feb-2024 | Henry Walsh | 0.5 | Call with Mercon trade team on washout protocol for washouts |
| 28-Feb-2024 | Henry Walsh | 0.5 | Call with customer on washout solutions |
| 28-Feb-2024 | Henry Walsh | 3.0 | Building of washout master file |
| 29-Feb-2024 | Henry Walsh | 0.5 | Call with Mercon Finance team on washout process |
| 29-Feb-2024 | Henry Walsh | 5.0 | Building of washout master file |
| **Task Code Total Hours** |  | 28.0 |  |
| **Committee Professionals Retention/Fee Applications** |  |  |  |
| 3-Feb-2024 | Henry Walsh | 3.5 | Preparation of docs for retention fees |
| 14-Feb-2024 | Henry Walsh | 4.0 | Preparation of data for GSX Fee proposal for UCC |
| 19-Feb-2024 | Henry Walsh | 0.5 | Respond to Bakers email on GSX Fees |
| 26-Feb-2024 | Henry Walsh | 3.0 | Expense tracking/new invoice for US Trustee |
| 28-Feb-2024 | Henry Walsh | 1.5 | Recalculation and data analysis for fees |
| **Task Code Total Hours** |  | 12.5 |  |
| **Business Operations of the Debtor** |  |  |  |
| 1-Feb-2024 | Henry Walsh | 0.5 | Enabling collection service with operations |
| #REF! | Henry Walsh | 0.5 | Call with Carlos - selling Guatemala inventory/sales |
| 1-Feb-2024 | Henry Walsh | 1.0 | Washout reviews + approvals |
| 1-Feb-2024 | Henry Walsh | 1.0 | Review and approve release requests |
| 1-Feb-2024 | Henry Walsh | 0.5 | Traders call preparation |
| 2-Feb-2024 | Henry Walsh | 1.0 | Traders call |
| 2-Feb-2024 | Henry Walsh | 0.5 | Doc collection issues with buyer |

| Date | Professional | Hours | | Descriptoion |
|------|-------------|-------|---|------------|
| 2-Feb-2024 | Henry Walsh | | 1.0 | Call with Riveron - Collection Letters |
| 5-Feb-2024 | Henry Walsh | | 0.5 | Reponse to Itochu |
| 5-Feb-2024 | Henry Walsh | | 0.5 | Call with EU Sales on Itochu |
| 5-Feb-2024 | Henry Walsh | | 0.5 | Review Vietnam washouts |
| 5-Feb-2024 | Henry Walsh | | 0.5 | Review cancellation letter |
| 5-Feb-2024 | Henry Walsh | | 0.5 | Traders call preparation |
| 7-Feb-2024 | Henry Walsh | | 1.0 | Traders call |
| 7-Feb-2024 | Henry Walsh | | 1.0 | Call with Riveron/Bakers on Commercial Items |
| 7-Feb-2024 | Henry Walsh | | 0.5 | Traders call preparation |
| 12-Feb-2024 | Henry Walsh | | 1.0 | Traders call |
| 12-Feb-2024 | Henry Walsh | | 0.5 | Review washout emails |
| 12-Feb-2024 | Henry Walsh | | 0.5 | Traders call preparation |
| 13-Feb-2024 | Henry Walsh | | 1.0 | Traders call |
| 13-Feb-2024 | Henry Walsh | | 1.0 | Traders call |
| 14-Feb-2024 | Henry Walsh | | 1.0 | Draft cancellation letters |
| 14-Feb-2024 | Henry Walsh | | 1.0 | Ascertain issues with late allocations of Specialty coffee |
| 14-Feb-2024 | Henry Walsh | | 1.0 | Review and approve release requests |
| 14-Feb-2024 | Henry Walsh | | 1.0 | Traders call |
| 15-Feb-2024 | Henry Walsh | | 0.5 | Review washout emails |
| 16-Feb-2024 | Henry Walsh | | 1.0 | Traders call |
| 20-Feb-2024 | Henry Walsh | | 1.0 | Cash Collateral budget review |
| 20-Feb-2024 | Henry Walsh | | 1.0 | Approval of spot sales/inventory valuations |
| 21-Feb-2024 | Henry Walsh | | 1.0 | Traders call |
| 28-Feb-2024 | Henry Walsh | | 1.0 | Washout and release approvals |
| 28-Feb-2024 | Henry Walsh | | 1.5 | Washout and release approvals |
| 29-Feb-2024 | Henry Walsh | | 1.0 | Call with Riveron |
| 29-Feb-2024 | Henry Walsh | | 0.5 | Call with Vietnam team |
| **Task Code Total Hours** | | 27.5 | | |
| Non-Working Travel Time | | | | |
| 11-Feb-2024 | Henry Walsh | | 8.0 | Travel to Barcelona |
| 15-Feb-2024 | Henry Walsh | | 2.0 | Travel to Geneva |
| 21-Feb-2024 | Henry Walsh | | 6.0 | Travel to Australia |
| 22-Feb-2024 | Henry Walsh | | 14.0 | Travel to Australia |
| **Task Code Total Hours** | | 30.0 | | |
| **Total Hours** | | 195.5 | | |





RE: Mercon Coffee Group

Great Southern Cross Commodities, Pty Ltd

Attachment: Time Detail                    Period                    For the period 1st Mar to 31st Mar 2024

| Date | Professional | Hours | Descriptoion |
|---|---|---|---|
| **Asset Analysis and Recovery** | | | |
| 6-Mar-2024 | Henry Walsh | 1.0 | Vietnam inventory bid analysis |
| 8-Mar-2024 | Henry Walsh | 1.0 | Call with Chipman Brown on washout procedure / letters |
| 11-Mar-2024 | Henry Walsh | 1.0 | Call with StoneX on potential sales/purchase issues |
| 11-Mar-2024 | Henry Walsh | 1.0 | Email Bakers/Riveron on Specialty Coffee sale |
| 19-Mar-2024 | Henry Walsh | 1.0 | Call with Dutch/US lawyers and Riveron |
| **Task Code Total Hours** | | 5.0 | |
| **Asset Disposition** | | | |
| 1-Mar-2024 | Henry Walsh | 1.0 | Review and negotiate spot sales of coffee |
| 1-Mar-2024 | Henry Walsh | 1.0 | Brazil washouts |
| 4-Mar-2024 | Henry Walsh | 2.0 | Inventory sales in Vietnam |
| 4-Mar-2024 | Henry Walsh | 1.0 | Washout proposal review |
| 5-Mar-2024 | Henry Walsh | 1.0 | Washout proposal review |
| 5-Mar-2024 | Henry Walsh | 1.0 | Washout proposal review |
| 6-Mar-2024 | Henry Walsh | 1.0 | Call with Rothschild - Project Mocha |
| 6-Mar-2024 | Henry Walsh | 1.0 | Call with buyer of Vietnam inventory |
| 6-Mar-2024 | Henry Walsh | 1.0 | Call with Vietnam Manager |
| 7-Mar-2024 | Henry Walsh | 1.0 | Confirm sale of inventory in Vietnam |
| 9-Mar-2024 | Henry Walsh | 1.0 | Respond to emails from Rothschild on Sale process |
| 11-Mar-2024 | Henry Walsh | 0.5 | Call with Japanese client to ensure payment of AR |
| 11-Mar-2024 | Henry Walsh | 0.5 | Call with potential buyer of assets on removing blockers |
| 12-Mar-2024 | Henry Walsh | 1.0 | Call with Mercon Management on outstaning items in Vietnam |
| 12-Mar-2024 | Henry Walsh | 1.0 | Call with Mercon Brazil on finalising position |
| 12-Mar-2024 | Henry Walsh | 1.0 | Call with buyer of Vietnam inventory |
| 12-Mar-2024 | Henry Walsh | 1.0 | Call with Vietnam Manager |
| 13-Mar-2024 | Henry Walsh | 1.0 | Call to arrange sale / recovery of Brazil grower advances |
| 13-Mar-2024 | Henry Walsh | 1.0 | Call with Mercon Brazil on outstanding items |
| 13-Mar-2024 | Henry Walsh | 2.0 | Preparation of data to provide for Brazil asset sales |
| 14-Mar-2024 | Henry Walsh | 0.5 | Emails to Bakers on Vietnam asset sales |
| 15-Mar-2024 | Henry Walsh | 0.5 | Staffing requirements for asset sale |
| 15-Mar-2024 | Henry Walsh | 0.5 | Call on Vietnam Asset Sale |
| 16-Mar-2024 | Henry Walsh | 2.0 | Prepare and draft SBUX proposal |
| 18-Mar-2024 | Henry Walsh | 1.0 | Coordinate documentation of sales of inventory in Vietnam |
| 19-Mar-2024 | Henry Walsh | 1.0 | Call with Riveron and Rothschild |
| 19-Mar-2024 | Henry Walsh | 0.5 | Call with Mercon Specialty |
| 19-Mar-2024 | Henry Walsh | 3.0 | Preparation of termination letters - coffee contracts |
| 20-Mar-2024 | Henry Walsh | 1.0 | Call with Mercon Brazil on outstanding items |
| 20-Mar-2024 | Henry Walsh | 1.0 | Call with Mercon Specialty |
| 20-Mar-2024 | Henry Walsh | 0.5 | Call with Riveron on Asset sale - Specialty |
| 20-Mar-2024 | Henry Walsh | 0.5 | Call with Rothschild on Asset sale - Specialty |
| 20-Mar-2024 | Henry Walsh | 0.5 | Call with Rothschild + Riveron LOI  - Specialty |
| 21-Mar-2024 | Henry Walsh | 1.0 | Review WHOA creditor process |
| 21-Mar-2024 | Henry Walsh | 2.0 | Coordinate inventory sale operations Vietnam |
| 26-Mar-2024 | Henry Walsh | 1.0 | Call with potential buyer of BZ coffee contracts |
| 26-Mar-2024 | Henry Walsh | 1.0 | Call with Riveron on cash forecasts |
| 26-Mar-2024 | Henry Walsh | 0.5 | Call with StoneX on BZ coffee contracts |
| 29-Mar-2024 | Henry Walsh | 1.0 | Call with Bakers, R&Co, StoneX on Specialty APA |
| 29-Mar-2024 | Henry Walsh | 1.0 | Analysis of Inventory adjustment calc |
| | | 41.0 | |
| **Committee Matters** | | | |
| 1-Mar-2024 | Henry Walsh | 1.0 | Lenders call |
| 8-Mar-2024 | Henry Walsh | 1.0 | Lenders call |
| 16-Mar-2024 | Henry Walsh | 1.0 | Lenders call |
| **Task Code Total Hours** | | 3.0 | |
| **Data Analysis** | | | |
| 4-Mar-2024 | Henry Walsh | 3.0 | Review Data relating to washouts and historical prices |
| 5-Mar-2024 | Henry Walsh | 1.0 | Gather customer data for Mercon to send termination letters |
| 5-Mar-2024 | Henry Walsh | 3.0 | Review Data relating to washouts and historical prices |

| Date | Professional | Hours | Descriptoion |
|------|-------------|-------|--------------|
| 6-Mar-2024 | Henry Walsh | 3.0 | Data analysis of outstanding sales contracts value |
| 7-Mar-2024 | Henry Walsh | 2.0 | Update data & positions post trades update |
| 11-Mar-2024 | Henry Walsh | 1.0 | Review and fix data issues on Asian coffee trades |
| 25-Mar-2024 | Henry Walsh | 4.0 | Revision and updating of washout model for MCC |
| 26-Mar-2024 | Henry Walsh | 2.0 | Revision and updating of washout model for MCC |
| 26-Mar-2024 | Henry Walsh | 3.0 | Finalise outstanding contracts for MBV |
| 27-Mar-2024 | Henry Walsh | 1.0 | Call with Mercon Ops to ensure data credibility |
| 27-Mar-2024 | Henry Walsh | 1.0 | Call with StoneX on remaining contracts |
| **Task Code Total Hours** | | **24.0** | |
| Committee Professionals Retention/Fee Applications | | | |
| 2-Mar-2024 | Henry Walsh | 1.0 | Call with Bakers on Proposed Order |
| 2-Mar-2024 | Henry Walsh | 1.0 | Review proposed order and changes |
| 2-Mar-2024 | Henry Walsh | 3.0 | Collation of information for retention payments |
| 4-Mar-2024 | Henry Walsh | 2.0 | Collation of information for retention payments |
| 8-Mar-2024 | Henry Walsh | 1.0 | Review proposed order and changes |
| 14-Mar-2024 | Henry Walsh | 0.5 | Call with Bakers on Proposed Order |
| **Task Code Total Hours** | | **8.5** | |
| Business Operations of the Debtor | | | |
| 1-Mar-2024 | Henry Walsh | 1.0 | Follow up on default emails from Mercon clients |
| 1-Mar-2024 | Henry Walsh | 1.0 | Traders call |
| 1-Mar-2024 | Henry Walsh | 2.0 | Washout spreadsheet calculation updates |
| 1-Mar-2024 | Henry Walsh | 1.0 | Call with Riveron / Chipman - washouts |
| 5-Mar-2024 | Henry Walsh | 0.5 | Call with EU traders |
| 6-Mar-2024 | Henry Walsh | 1.0 | Traders call |
| 6-Mar-2024 | Henry Walsh | 0.5 | Call with Japanese client to ensure payment of AR |
| 7-Mar-2024 | Henry Walsh | 1.0 | Coordination of samples collection in Vietnam |
| 7-Mar-2024 | Henry Walsh | 2.0 | Ensure washout of trades done properly with EU traders |
| 7-Mar-2024 | Henry Walsh | 1.0 | Review default letters from clients |
| 8-Mar-2024 | Henry Walsh | 1.0 | Traders call |
| 8-Mar-2024 | Henry Walsh | 1.0 | Call with Riveron on Data |
| 8-Mar-2024 | Henry Walsh | 1.0 | Review purchase/sale contracts of Vietnam inventory sales |
| 9-Mar-2024 | Henry Walsh | 1.0 | Harvest coffee AR and washout review |
| 9-Mar-2024 | Henry Walsh | 0.5 | Respond to EU/US traders email queries on AR / setoff |
| 11-Mar-2024 | Henry Walsh | 1.0 | Arbitration rules for non GCA/ECC contracts |
| 11-Mar-2024 | Henry Walsh | 1.0 | Washout calc reviews |
| 12-Mar-2024 | Henry Walsh | 3.0 | Drafting of termination letters |
| 12-Mar-2024 | Henry Walsh | 1.0 | Call with Riveron on outstanding items |
| 13-Mar-2024 | Henry Walsh | 0.5 | Washout clarification - specialty |
| 13-Mar-2024 | Henry Walsh | 1.0 | Working domestic costs process in Vietnam to sell inventory |
| 13-Mar-2024 | Henry Walsh | 2.0 | Termination letter drafting |
| 14-Mar-2024 | Henry Walsh | 0.5 | Call with Baker/Riveron/Chipman |
| 14-Mar-2024 | Henry Walsh | 0.5 | Review Guatemala and Honduras inventory |
| 14-Mar-2024 | Henry Walsh | 0.5 | Cancellation agreements |
| 14-Mar-2024 | Henry Walsh | 1.0 | Review default letters from clients |
| 15-Mar-2024 | Henry Walsh | 1.0 | Traders call |
| 15-Mar-2024 | Henry Walsh | 1.0 | Review US washouts |
| 15-Mar-2024 | Henry Walsh | 1.0 | Facilitation of US coffee contracts |
| 16-Mar-2024 | Henry Walsh | 1.0 | Approve cash transfers |
| 16-Mar-2024 | Henry Walsh | 1.0 | Prepare and draft cancellation letters |
| 18-Mar-2024 | Henry Walsh | 1.0 | Call with Pacorini Vietnam |
| 18-Mar-2024 | Henry Walsh | 1.0 | Call with buyer of Vietnam inventory |
| 18-Mar-2024 | Henry Walsh | 1.0 | Call with Mercon Vietnam |
| 19-Mar-2024 | Henry Walsh | 0.5 | Confirm bank account for receipt of non-USD AR |
| 20-Mar-2024 | Henry Walsh | 3.0 | Preparation of termination letters - coffee contracts |
| 20-Mar-2024 | Henry Walsh | 1.0 | Call with Riveron on contracts, terminations and next steps |
| 20-Mar-2024 | Henry Walsh | 1.0 | Approval of releases for Specialty |
| 21-Mar-2024 | Henry Walsh | 1.0 | Review MBR contracts for novation |
| 21-Mar-2024 | Henry Walsh | 1.0 | Review client response to payment of AR |
| 21-Mar-2024 | Henry Walsh | 2.0 | Preparation of BZ washouts memo |
| 22-Mar-2024 | Henry Walsh | 4.0 | Sending Strategy response for clients with largest oustanding AR |
| 22-Mar-2024 | Henry Walsh | 0.5 | Lenders email update |
| 25-Mar-2024 | Henry Walsh | 4.0 | Sending Termination letters with final amendments |
| 26-Mar-2024 | Henry Walsh | 3.0 | Sending Termination letters with final amendments |
| 26-Mar-2024 | Henry Walsh | 1.0 | Call with Mercon Ops/Trade team on MCC inventory |
| 26-Mar-2024 | Henry Walsh | 1.0 | Call with Mercon EU to finalise outstanding items |
| 27-Mar-2024 | Henry Walsh | 1.0 | Call with Mercon and Resor on EU Contracts |

| Date | Professional | Hours | Descriptoion |
|---|---|---|---|
| 27-Mar-2024 | Henry Walsh | 2.5 | Sending Termination letters with final amendments |
| 28-Mar-2024 | Henry Walsh | 1.0 | Call with BRG & Riveron |
| 28-Mar-2024 | Henry Walsh | 1.0 | Call with Chipman Brown & Riveron |
| 28-Mar-2024 | Henry Walsh | 3.0 | Preparation of termination letters - coffee contracts |
| 28-Mar-2024 | Henry Walsh | 1.0 | Approval of spot sales of inventory |
| 29-Mar-2024 | Henry Walsh | 0.5 | Lenders email update |
| **Task Code Total Hours** | | 68.5 | |
| Non-Working Travel Time | | | |
| | | - 0 | |
| **Task Code Total Hours** | | - | |
| **Total Hours** | | 150.0 | |





RE: Mercon Coffee Group

Great Southern Cross Commodities, Pty Ltd

| Attachment: Time Detail | | Period | For the period 1st Apr to 30th Apr 2024 |
|---|---|---|---|

| Date | Professional | Hours | Descriptoion |
|---|---|---|---|
| **Asset Analysis and Recovery** | | | |
| 8-Apr-2024 | Henry Walsh | 1.0 | Analysis of balance of BZ forward book |
| Task Code Total Hours | | 1.0 | |
| **Asset Disposition** | | | |
| 2-Apr-2024 | Henry Walsh | 2.0 | Arrange details of further bids for BZ barter contracts |
| 2-Apr-2024 | Henry Walsh | 1.0 | negotiate documentation for sharing of data BZ barter |
| 3-Apr-2024 | Henry Walsh | 2.5 | Negotiate potential sale of BZ barter contracts |
| 3-Apr-2024 | Henry Walsh | 1.5 | Clarification of outstanding issues Vietnam |
| 4-Apr-2024 | Henry Walsh | 2.5 | Sort out issues regarding sale of final inventory in Vietnam |
| 4-Apr-2024 | Henry Walsh | 2.5 | Finalise economics of BZ barter contracts sale |
| 5-Apr-2024 | Henry Walsh | 1.0 | Sort out issues regarding sale of final inventory in Vietnam |
| 5-Apr-2024 | Henry Walsh | 1.5 | Review further sales of MBR assets |
| 6-Apr-2024 | Henry Walsh | 2.0 | Review further sales of MBR assets |
| 10-Apr-2024 | Henry Walsh | 1.0 | Vietnam asset sale |
| 16-Apr-2024 | Henry Walsh | 1.0 | Mercon Brazil asset sale |
| 17-Apr-2024 | Henry Walsh | 0.5 | MBR asset sale docs |
| 17-Apr-2024 | Henry Walsh | 0.5 | Call with StoneX - Specialty Sale |
| 18-Apr-2024 | Henry Walsh | 1.0 | MBR Yara/Barter analysis |
| 24-Apr-2024 | Henry Walsh | 1.0 | MBR contract sales / call with buyer |
| 24-Apr-2024 | Henry Walsh | 1.0 | MBR contracts follow up |
| 25-Apr-2024 | Henry Walsh | 0.5 | Review Assignment agreement - MBR Barter |
| 25-Apr-2024 | Henry Walsh | 0.5 | Update on Vietnam shipments to Baker |
| 26-Apr-2024 | Henry Walsh | 0.5 | Chase legal on docs for APA of Specialty |
| | | 24.0 | |
| **Committee Matters** | | | |
| 6-Apr-2024 | Henry Walsh | 1.0 | Lenders call |
| 12-Apr-2024 | Henry Walsh | 1.0 | Lenders call |
| 19-Apr-2024 | Henry Walsh | 1.0 | Lenders call |
| 26-Apr-2024 | Henry Walsh | 1.0 | Lenders call |
| Task Code Total Hours | | 4.0 | |
| **Data Analysis** | | | |
| 4-Apr-2024 | Henry Walsh | 1.5 | Calculate washout amounts of Mercon Brazil |
| 9-Apr-2024 | Henry Walsh | 2.0 | Reconciliation of outstanding Brazil contracts |
| 10-Apr-2024 | Henry Walsh | 2.0 | Reivew AR & Inventory reports |
| 11-Apr-2024 | Henry Walsh | 1.5 | Mercon Brazil washout calc update |
| 11-Apr-2024 | Henry Walsh | 1.5 | Review rejection counterparts spreadsheet from Riveron |
| 22-Apr-2024 | Henry Walsh | 1.5 | washout data in Mercon systems |
| 23-Apr-2024 | Henry Walsh | 1.0 | Mercon Brazil washouts/calcs |
| 25-Apr-2024 | Henry Walsh | 1.0 | Recalculation of MBR Washouts calcs for Mercon |
| 30-Apr-2024 | Henry Walsh | 2.0 | Washout data review for rejected contracts |
| Task Code Total Hours | | 14.0 | |
| **Committee Professionals Retention/Fee Applications** | | | |
| 17-Apr-2024 | Henry Walsh | 1.5 | Time tracking and costs analysis |
| 28-Apr-2024 | Henry Walsh | 1.5 | Time tracking and costs analysis |
| Task Code Total Hours | | 3.0 | |
| **Business Operations of the Debtor** | | | |
| 2-Apr-2024 | Henry Walsh | 4.0 | Review of AR and termination notice preparations |
| 2-Apr-2024 | Henry Walsh | 1.0 | Washout spreadsheet calculation updates |
| 3-Apr-2024 | Henry Walsh | 1.0 | Review draft settlement agreement |
| 3-Apr-2024 | Henry Walsh | 4.0 | Review of AR and termination notice preparations |
| 4-Apr-2024 | Henry Walsh | 2.5 | Negotiate washout amounts with traders |
| 4-Apr-2024 | Henry Walsh | 1.0 | Communicate to Mercon client on Vietnam situation |
| 5-Apr-2024 | Henry Walsh | 1.0 | Negotiate washout amounts with traders |
| 5-Apr-2024 | Henry Walsh | 2.0 | Agree sales on inventory in Europe spot bids |
| 5-Apr-2024 | Henry Walsh | 2.0 | Draft SBUX proposal first draft |
| 5-Apr-2024 | Henry Walsh | 1.0 | Review status with Keurig |
| 6-Apr-2024 | Henry Walsh | 1.0 | Review status of coffee stuck in Panama |
| 8-Apr-2024 | Henry Walsh | 2.5 | Review of AR and termination notice preparations |

| Date | Professional | Hours | Descriptioin |
|---|---|---|---|
| 8-Apr-2024 | Henry Walsh | 2.0 | Termination notice follow ups |
| 8-Apr-2024 | Henry Walsh | 1.0 | Call with Roaster Client with large AR |
| 8-Apr-2024 | Henry Walsh | 1.0 | Call with Roaster Client with significant AR |
| 8-Apr-2024 | Henry Walsh | 1.0 | Agree sales on inventory in Europe spot bids |
| 9-Apr-2024 | Henry Walsh | 1.0 | Review Procedures motion |
| 9-Apr-2024 | Henry Walsh | 2.0 | Termination notice follow ups |
| 10-Apr-2024 | Henry Walsh | 1.0 | Call with Rabo/BRG/Riveron SBUX follow up |
| 10-Apr-2024 | Henry Walsh | 1.0 | Call with Rabo/BRG/Riveron SBUX follow up |
| 10-Apr-2024 | Henry Walsh | 1.0 | Termination notice follow ups - UCC/PR |
| 10-Apr-2024 | Henry Walsh | 0.5 | Call with SBUX on AR recovery |
| 10-Apr-2024 | Henry Walsh | 1.0 | Call with AHOLD on AR recovery |
| 10-Apr-2024 | Henry Walsh | 3.0 | Termination notice issuance & follow ups |
| 11-Apr-2024 | Henry Walsh | 0.5 | BZ washout of contracts |
| 11-Apr-2024 | Henry Walsh | 2.5 | Preparation of AR setoff reports for Lenders |
| 11-Apr-2024 | Henry Walsh | 1.0 | MCC client review |
| 11-Apr-2024 | Henry Walsh | 0.5 | Call with Mercon Brazil |
| 12-Apr-2024 | Henry Walsh | 2.5 | CoffyHandels issues |
| 12-Apr-2024 | Henry Walsh | 1.5 | Mercon Brazil washout issues |
| 12-Apr-2024 | Henry Walsh | 1.5 | Rejection counterparts spreadsheet for Riveron |
| 12-Apr-2024 | Henry Walsh | 0.5 | Review draft settlement agreement |
| 13-Apr-2024 | Henry Walsh | 1.0 | Mercon Brazil washout calc update |
| 13-Apr-2024 | Henry Walsh | 1.0 | CoffyHandels issues |
| 13-Apr-2024 | Henry Walsh | 0.5 | Ellis Coffee Issues |
| 15-Apr-2024 | Henry Walsh | 1.0 | Draft settlement agreement -Meinl |
| 15-Apr-2024 | Henry Walsh | 1.0 | Draft settlement agreement - Pelican Rouge |
| 15-Apr-2024 | Henry Walsh | 1.0 | Payment collection issue |
| 15-Apr-2024 | Henry Walsh | 1.0 | Call with Mercon BV - oustanding issues |
| 16-Apr-2024 | Henry Walsh | 1.0 | Mercon Brazil washouts/calcs |
| 16-Apr-2024 | Henry Walsh | 1.0 | Updating of Vietnam trades |
| 16-Apr-2024 | Henry Walsh | 0.5 | Transfer approvals (interco) |
| 16-Apr-2024 | Henry Walsh | 2.0 | Termination notice issuance & follow ups |
| 16-Apr-2024 | Henry Walsh | 0.5 | Call with Mercon EU |
| 17-Apr-2024 | Henry Walsh | 0.5 | BZ Broker issues |
| 17-Apr-2024 | Henry Walsh | 2.5 | Redrafting SBUX proposal |
| 18-Apr-2024 | Henry Walsh | 1.0 | Termination notice follow ups |
| 18-Apr-2024 | Henry Walsh | 2.5 | Termination notice drafting (MBV sales) |
| 18-Apr-2024 | Henry Walsh | 0.5 | Call with Mercon EU |
| 19-Apr-2024 | Henry Walsh | 2.5 | Rejection counterparts spreadsheet for Riveron |
| 19-Apr-2024 | Henry Walsh | 2.0 | Termination notice drafting (MBV sales) |
| 19-Apr-2024 | Henry Walsh | 1.0 | Invoice preparation /expenses |
| 22-Apr-2024 | Henry Walsh | 1.0 | Follow up with Riveron on AP issues |
| 22-Apr-2024 | Henry Walsh | 3.0 | Termination notice follow ups |
| 22-Apr-2024 | Henry Walsh | 0.5 | Call with Mercon EU |
| 23-Apr-2024 | Henry Walsh | 0.5 | Call with Mercon EU |
| 23-Apr-2024 | Henry Walsh | 4.0 | Termination notice follow ups - responses |
| 23-Apr-2024 | Henry Walsh | 1.0 | SBUX response follow ups |
| 24-Apr-2024 | Henry Walsh | 2.0 | Termination notice follow ups - responses |
| 24-Apr-2024 | Henry Walsh | 1.0 | Vietnam Sales follow ups |
| 24-Apr-2024 | Henry Walsh | 1.0 | Legal outstanding items follow up |
| 25-Apr-2024 | Henry Walsh | 0.5 | Call with Riveron |
| 25-Apr-2024 | Henry Walsh | 1.0 | Review Yara <> Mercon Barter situation |
| 25-Apr-2024 | Henry Walsh | 1.0 | Redrafting Cancellation Letters |
| 25-Apr-2024 | Henry Walsh | 1.0 | Call with UCC & Mercon |
| 26-Apr-2024 | Henry Walsh | 2.0 | Recalculation of washout & costs in relation to UCC |
| 26-Apr-2024 | Henry Walsh | 1.0 | Drafting of settlement agreements |
| 27-Apr-2024 | Henry Walsh | 3.0 | Drafting of UCC settlement agreement |
| 27-Apr-2024 | Henry Walsh | 0.5 | Reviewing proposed changes to Coffy Handels agreement |
| 28-Apr-2024 | Henry Walsh | 0.5 | Sending UCC settlement agreement |
| 28-Apr-2024 | Henry Walsh | 0.5 | Sending Coffy Handels agreement |
| 30-Apr-2024 | Henry Walsh | 2.5 | Re-drafting of settlement agreements |
| 30-Apr-2024 | Henry Walsh | 0.5 | Call with Coffy Handels |
| 30-Apr-2024 | Henry Walsh | 1.5 | Narasus washout analysis |
| 30-Apr-2024 | Henry Walsh | 1.5 | Settlement agreemeent responses/emails |
| Task Code Total Hours | | 104.0 | |
| Non-Working Travel Time | | | |

.    0

| Date | Professional | Hours | Descriptoion |
|---|---|---|---|
| Task Code Total Hours | | . | |
| Total Hours | | 150.0 | |



RE: Mercon Coffee Group

Great Southern Cross Commodities, Pty Ltd

Attachment: Time Detail                    Period          For the period 1st May to 31st May 2024

| Date | Professional | Hours | Descriptoion |
|------|-------------|-------|--------------|
| **Asset Analysis and Recovery** | | | |
| 21-May-2024 | Henry Walsh | 1.0 | Call with Mercon Brazil on last assets & washouts |
| **Task Code Total Hours** | | 1.0 | |
| **Asset Disposition** | | | |
| 1-May-2024 | Henry Walsh | 1.0 | Brazil barter contracts |
| 1-May-2024 | Henry Walsh | 1.0 | Following up documentation on Specialty Sale |
| 7-May-2024 | Henry Walsh | 2.0 | Brazil barter contracts - splitting |
| 16-May-2024 | Henry Walsh | 1.5 | Coordinate signing of Brazil asset sale docs |
| 20-May-2024 | Henry Walsh | 2.0 | Meeting with StoneX to ensure sale of Specialty |
| 20-May-2024 | Henry Walsh | 2.0 | meeting with StoneX on Brazil Barter Contracts |
| 20-May-2024 | Henry Walsh | 0.5 | Call with Rothschilds & Bakers - Specialty |
| 20-May-2024 | Henry Walsh | 1.0 | Follow up call re Specialty with StoneX R&Co |
| 21-May-2024 | Henry Walsh | 2.0 | meeting with StoneX on Brazil Barter Contracts - last hold out |
| 21-May-2024 | Henry Walsh | 1.0 | Meeting with StoneX - data issue |
| 31-May-2024 | Henry Walsh | 4.0 | Ensure sale docs executed - Specialty Sale |
| | | 18.0 | |
| **Committee Matters** | | | |
| 3-May-2024 | Henry Walsh | 1.0 | Lenders call |
| 10-May-2024 | Henry Walsh | 1.0 | Lenders call |
| 17-May-2024 | Henry Walsh | 1.0 | Lenders call |
| 23-May-2024 | Henry Walsh | 1.0 | Lenders call |
| 30-May-2024 | Henry Walsh | 1.0 | Lenders call |
| **Task Code Total Hours** | | 5.0 | |
| **Data Analysis** | | | |
| 1-May-2024 | Henry Walsh | 2.0 | Financial Data analysis |
| 2-May-2024 | Henry Walsh | 2.0 | Financial Data analysis |
| **Task Code Total Hours** | | 4.0 | |
| **Committee Professionals Retention/Fee Applications** | | | |
| 3-May-2024 | Henry Walsh | 3.0 | Collation of data for Fee Calcs |
| 6-May-2024 | Henry Walsh | 2.0 | Collation of data for Fee Calcs |
| 27-May-2024 | Henry Walsh | 6.0 | GSX calculation and verification of compensation |
| 31-May-2024 | Henry Walsh | 4.0 | Preparation of retention fee calcs |
| **Task Code Total Hours** | | 15.0 | |
| **Business Operations of the Debtor** | | | |
| 1-May-2024 | Henry Walsh | 3.0 | Review draft settlement agreement |
| 1-May-2024 | Henry Walsh | 1.0 | Review SBUX legal documentation |
| 2-May-2024 | Henry Walsh | 3.0 | Review ADK washout and settlement proposals |
| 2-May-2024 | Henry Walsh | 3.0 | Review outstanding Brazil purchase washouts |
| 3-May-2024 | Henry Walsh | 1.0 | Review washouts for Specialty |
| 3-May-2024 | Henry Walsh | 0.5 | Call with Mercon Europe on outstanding settlements |
| 4-May-2024 | Henry Walsh | 0.5 | Call with Riveron |
| 4-May-2024 | Henry Walsh | 1.0 | Review proposal for outstanding AR |
| 4-May-2024 | Henry Walsh | 1.0 | Collate AR and invoice information for Keurig demand letter |
| 6-May-2024 | Henry Walsh | 1.0 | Review demand letter for Keurig |
| 6-May-2024 | Henry Walsh | 2.0 | Settlement agreement finalisation and credit notes |
| 6-May-2024 | Henry Walsh | 0.5 | Call with Mercon Europe on outstanding settlements |
| 6-May-2024 | Henry Walsh | 0.5 | Call with Narasus Exports |
| 7-May-2024 | Henry Walsh | 1.0 | Call with Mercon Brazil |
| 7-May-2024 | Henry Walsh | 1.0 | Call with Coffee Buyer (Droga) |
| 7-May-2024 | Henry Walsh | 3.0 | Redrafting and negotiation of settlement agreements |
| 7-May-2024 | Henry Walsh | 1.0 | Brazil Washouts |
| 8-May-2024 | Henry Walsh | 1.0 | Finalise shipments and docs for Vietnam shipments |
| 8-May-2024 | Henry Walsh | 2.0 | Remodelling of Brazil washout model |
| 8-May-2024 | Henry Walsh | 0.5 | Call with Coffee Buyer (AHOLD) - settlement agreement |
| 8-May-2024 | Henry Walsh | 0.5 | Call with SBUX to try and resolve AR |
| 8-May-2024 | Henry Walsh | 0.5 | Call with CofiRoasters - settlement agreement |
| 9-May-2024 | Henry Walsh | 1.0 | Cancellation letter drafting Narasus |
| 9-May-2024 | Henry Walsh | 2.0 | Drafting of Settlement Agreement Proposal - ADK |

| Date | Professional | Hours | Descriptoion |
|------|-------------|-------|-------------|
| 9-May-2024 | Henry Walsh | 1.0 | Claims enquiries |
| 9-May-2024 | Henry Walsh | 1.0 | Washout Negotiation - Illy |
| 9-May-2024 | Henry Walsh | 1.0 | Settlement agreements - AHOLD |
| 9-May-2024 | Henry Walsh | 1.0 | Call with Mercon Europe on outstanding settlements |
| 10-May-2024 | Henry Walsh | 1.0 | Call Settlement agreements - AHOLD |
| 10-May-2024 | Henry Walsh | 1.0 | Settlement agreements - Collation for Chipman Brown |
| 10-May-2024 | Henry Walsh | 0.5 | Claim clarification |
| 10-May-2024 | Henry Walsh | 1.5 | Redrafting and negotiation of settlement agreements |
| 13-May-2024 | Henry Walsh | 1.0 | Organise preparation of documents for collection services |
| 13-May-2024 | Henry Walsh | 3.0 | Settlement docs preparation |
| 13-May-2024 | Henry Walsh | 2.0 | Calculation of washout proposal CofiRoasters |
| 13-May-2024 | Henry Walsh | 1.0 | Call with Mercon Europe on outstanding settlements |
| 14-May-2024 | Henry Walsh | 0.5 | call with Mercon Operations on invoice amounts |
| 14-May-2024 | Henry Walsh | 3.0 | Updating of Washout amounts and calculations |
| 14-May-2024 | Henry Walsh | 3.0 | Coordinating payment of Guatemala Coffee to Europe |
| 14-May-2024 | Henry Walsh | 1.0 | Organise preparation of documents for collection services |
| 15-May-2024 | Henry Walsh | 2.0 | Coordination of documents for signature by Pacorini Vietnam |
| 15-May-2024 | Henry Walsh | 4.0 | outstanding AR analysis |
| 15-May-2024 | Henry Walsh | 2.0 | Coordination of demand letters Specialty |
| 16-May-2024 | Henry Walsh | 1.0 | Organising re-issue of missing documents - coffee sale |
| 16-May-2024 | Henry Walsh | 1.0 | Recalculation of Mercon Brazil washouts |
| 16-May-2024 | Henry Walsh | 3.0 | AR Report preparation and review |
| 17-May-2024 | Henry Walsh | 1.0 | Agreement of Brazil washouts |
| 17-May-2024 | Henry Walsh | 1.0 | Call Settlement agreements - CofiRoasters |
| 17-May-2024 | Henry Walsh | 1.0 | Preparation of draft agreement and court docs for CofiRoasters |
| 21-May-2024 | Henry Walsh | 1.0 | Call with Chipman Brown |
| 22-May-2024 | Henry Walsh | 1.0 | Review MBR washout proposals |
| 22-May-2024 | Henry Walsh | 1.0 | AR review and follow up MCC |
| 22-May-2024 | Henry Walsh | 1.0 | Call with Chipman Brown |
| 22-May-2024 | Henry Walsh | 2.0 | Review AR post call with CB |
| 23-May-2024 | Henry Walsh | 3.0 | outstanding AR analysis |
| 23-May-2024 | Henry Walsh | 2.0 | Negotiate BZ washouts |
| 24-May-2024 | Henry Walsh | 1.0 | Call with Riveron/BRG/Rabo - AR call |
| 24-May-2024 | Henry Walsh | 1.0 | Brazil agreement letters |
| 24-May-2024 | Henry Walsh | 2.5 | Guatemala sale Eastern Europe - payment issue |
| 27-May-2024 | Henry Walsh | 1.0 | Brazil barter contract negotiation |
| 27-May-2024 | Henry Walsh | 1.0 | MBR washout update table |
| 28-May-2024 | Henry Walsh | 1.0 | Washout Negotiation - ADK |
| 28-May-2024 | Henry Walsh | 1.0 | Call with Broker of Brazil barter contract |
| 28-May-2024 | Henry Walsh | 0.5 | Update to Bakers on Brazil |
| 28-May-2024 | Henry Walsh | 2.5 | Settlement agreements |
| 29-May-2024 | Henry Walsh | 2.5 | Follow up on BZ barter contract |
| 29-May-2024 | Henry Walsh | 2.5 | Settlement agreement negotiation |
| 29-May-2024 | Henry Walsh | 2.5 | Chasing AR (8oclock, Keurig etc) |
| 30-May-2024 | Henry Walsh | 1.0 | Review settlement agreements |
| 30-May-2024 | Henry Walsh | 1.5 | Drafting of revised Settlement Agreement Proposal - ADK |
| 30-May-2024 | Henry Walsh | 0.5 | Call with Chipman Brown |
| 30-May-2024 | Henry Walsh | 0.5 | Call with Riveron |
| 30-May-2024 | Henry Walsh | 0.5 | Finalise Release of coffee - MBV |
| **Task Code Total Hours** | | 104.0 | |
| Non-Working Travel Time | | | |
| | | 8.0 | Travel to USA |
| **Task Code Total Hours** | | 8.0 | |
| **Total Hours** | | 155.0 | |



RE: Mercon Coffee Group

Great Southern Cross Commodities, Pty Ltd

Attachment: Time Detail                              Period                    For the period 1st June to 30th June 2024

| Date | Professional | Hours | Descriptioon |
|------|--------------|-------|--------------|
| **Asset Analysis and Recovery** | | | |
| 5-Jun-2024 | Henry Walsh | 3.0 | Reviewing Vietnam Sale calculations |
| 5-Jun-2024 | Henry Walsh | 1.0 | Barter Contract follow up to close |
| 6-Jun-2024 | Henry Walsh | 2.0 | Reviewing Vietnam Sale calculations |
| Task Code Total Hours | | 6.0 | |
| **Asset Disposition** | | | |
| 6-Jun-2024 | Henry Walsh | 1.0 | Call with Mercafe Vietnam Team |
| 13-Jun-2024 | Henry Walsh | 1.0 | Call with potential buyer of balance of barter contracts |
| | | 2.0 | |
| **Committee Matters** | | | |
| 7-Jun-2024 | Henry Walsh | 1.0 | Lenders Call |
| 14-Jun-2024 | Henry Walsh | 1.0 | Lenders Call |
| 21-Jun-2024 | Henry Walsh | 1.0 | Lenders Call |
| 27-Jun-2024 | Henry Walsh | 1.0 | Lenders Call |
| Task Code Total Hours | | 4.0 | |
| **Data Analysis** | | | |
| | | | |
| Task Code Total Hours | | - | |
| **Committee Professionals Retention/Fee Applications** | | | |
| 5-Jun-2024 | Henry Walsh | 4.0 | Preparation of Retention Fees |
| 15-Jun-2024 | Henry Walsh | 1.0 | Fee clarification with Bakers |
| 15-Jun-2024 | Henry Walsh | 1.5 | Update of time tracking |
| Task Code Total Hours | | 6.5 | |
| **Business Operations of the Debtor** | | | |
| 4-Jun-2024 | Henry Walsh | 2.0 | Brazil washouts |
| 4-Jun-2024 | Henry Walsh | 2.0 | Arranging payment for Guatemalan coffee to EU |
| 4-Jun-2024 | Henry Walsh | 2.0 | Settlement agreement drafting |
| 4-Jun-2024 | Henry Walsh | 1.0 | AR notice to Kraft |
| 6-Jun-2024 | Henry Walsh | 3.0 | Assist with calc of booking of Sale to StoneX |
| 7-Jun-2024 | Henry Walsh | 2.0 | Assist with calc of booking of Sale to StoneX |
| 7-Jun-2024 | Henry Walsh | 0.5 | Advise on warehouse agreements transferred to StoneX |
| 7-Jun-2024 | Henry Walsh | 2.0 | Settlement agreement drafting |
| 7-Jun-2024 | Henry Walsh | 3.0 | Vietnam Sale Reconciliation for BRG |
| 10-Jun-2024 | Henry Walsh | 2.0 | Calculation of washout amounts per contract - PR |
| 10-Jun-2024 | Henry Walsh | 2.0 | Calculation of washout amounts per contract - PR |
| 10-Jun-2024 | Henry Walsh | 3.0 | MBR Month End Open Contracts Calculation |
| 11-Jun-2024 | Henry Walsh | 2.0 | Review counsels letter after call with SBUX |
| 11-Jun-2024 | Henry Walsh | 1.5 | Settlement agreement drafting -ADK |
| 11-Jun-2024 | Henry Walsh | 2.0 | Review AR amounts for insurance |
| 12-Jun-2024 | Henry Walsh | 2.0 | Account and admin issues for Mercon |
| 12-Jun-2024 | Henry Walsh | 2.0 | Draft proposal for last barter contract |
| 12-Jun-2024 | Henry Walsh | 0.5 | Washout calc for MCC |
| 12-Jun-2024 | Henry Walsh | 2.5 | MBR washouts |
| 13-Jun-2024 | Henry Walsh | 3.0 | Manage sale of balance of inventory for MBV |
| 13-Jun-2024 | Henry Walsh | 3.0 | Analysis of Specialty Sale for BRG |
| 13-Jun-2024 | Henry Walsh | 1.0 | MBR washouts |
| 14-Jun-2024 | Henry Walsh | 1.0 | Settlement letters |
| 14-Jun-2024 | Henry Walsh | 1.0 | Call with Finance on Specialty Sale and MBR |
| 14-Jun-2024 | Henry Walsh | 1.0 | Weight & Quality claims |

| Date | Professional | Hours | Descriptoion |
|------|--------------|-------|--------------|
| 15-Jun-2024 | Henry Walsh | 2.0 | Review accounting process for month end and end of June |
| 17-Jun-2024 | Henry Walsh | 2.0 | Revision of SBUX proposal |
| 17-Jun-2024 | Henry Walsh | 1.0 | Sale of spot inventory in EU |
| 17-Jun-2024 | Henry Walsh | 2.5 | Follow up with potential buyers of balance of barter contracts |
| 18-Jun-2024 | Henry Walsh | 3.0 | Emails follow up on ADK, funds release, MBR |
| 18-Jun-2024 | Henry Walsh | 0.5 | Revision of SBUX proposal |
| 18-Jun-2024 | Henry Walsh | 1.5 | Data entry sale of spot inventory in EU |
| 19-Jun-2024 | Henry Walsh | 1.5 | MBR washouts |
| 19-Jun-2024 | Henry Walsh | 1.5 | Settlement agreement ADK |
| 19-Jun-2024 | Henry Walsh | 2.5 | Agreed sale of MBR fwd barter contract |
| 20-Jun-2024 | Henry Walsh | 1.0 | AR call with Riveron |
| 20-Jun-2024 | Henry Walsh | 2.5 | AR analysis |
| 20-Jun-2024 | Henry Walsh | 2.0 | AR demand letters |
| 20-Jun-2024 | Henry Walsh | 1.5 | AR Specialty followup |
| 20-Jun-2024 | Henry Walsh | 1.5 | Settlement agreement follow ups |
| 21-Jun-2024 | Henry Walsh | 1.5 | Demand and settlement letter follow up |
| 21-Jun-2024 | Henry Walsh | 1.5 | Draft confirmation of sales & special conditions MBR |
| 21-Jun-2024 | Henry Walsh | 1.5 | Respond to accounting and finance queries |
| 23-Jun-2024 | Henry Walsh | 2.5 | Payment details, transfers demand letters |
| 23-Jun-2024 | Henry Walsh | 2.5 | AR analysis for BRG |
| 24-Jun-2024 | Henry Walsh | 3.0 | AR follow up |
| 24-Jun-2024 | Henry Walsh | 1.0 | arrange follow up and payment for Nic / OFI trade |
| 25-Jun-2024 | Henry Walsh | 1.5 | Call with BRG / Kirschner - AR |
| 25-Jun-2024 | Henry Walsh | 2.5 | AR follow up post call |
| 26-Jun-2024 | Henry Walsh | 2.0 | AR Bijendijk |
| 26-Jun-2024 | Henry Walsh | 2.0 | Emails with Mercon AR team |
| 27-Jun-2024 | Henry Walsh | 1.0 | Call with Riveron on AR issues |
| 28-Jun-2024 | Henry Walsh | 2.0 | PR washout  - credit notes |
| 28-Jun-2024 | Henry Walsh | 1.0 | AR follow up |
| **Task Code Total Hours** | | 99.0 | |
| Non-Working Travel Time | | | |
| 2-Jun-2024 | Henry Walsh | 8.0 | Travel to Australia |
| 3-Jun-2024 | Henry Walsh | 4.0 | Travel to Australia |
| **Task Code Total Hours** | | 12.0 | |
| **Total Hours** | | 129.5 | |

 

RE: Mercon Coffee Group

Great Southern Cross Commodities, Pty Ltd

Attachment: Time Detail        Period        For the period 1st July to 31st July 2024

| Date | Professional | Hours | Descriptioon |
|---|---|---|---|
| **Asset Analysis and Recovery** | | | |
| | | - | 0 |
| | | - | 0 |
| Task Code Total Hours | | - | |
| **Asset Disposition** | | | |
| | | | |
| **Committee Matters** | | | |
| Task Code Total Hours | | - | |
| **Data Analysis** | | | |
| | | | |
| Task Code Total Hours | | - | |
| **Committee Professionals Retention/Fee Applications** | | | |
| 11-Jul-2024 | Henry Walsh | 3.0 | Fee reporting |
| 12-Jul-2024 | Henry Walsh | 3.0 | Fee reporting |
| 14-Jul-2024 | Henry Walsh | 1.0 | Fee reporting |
| 14-Jul-2024 | Henry Walsh | 1.0 | Fee plan for Trustee |
| 30-Jul-2024 | Henry Walsh | 3.0 | Finalise Fee Application |
| 31-Jul-2024 | Henry Walsh | 1.0 | Finalise Fee Application |
| Task Code Total Hours | | 12.0 | |
| **Business Operations of the Debtor** | | | |
| 2-Jul-2024 | Henry Walsh | 2.0 | Pelican Rouge Calc and follow up |
| 2-Jul-2024 | Henry Walsh | 0.5 | White Coffee follow up |
| 3-Jul-2024 | Henry Walsh | 2.0 | Brazil washouts, Brazil contract, Washout calcs for invoice |
| 4-Jul-2024 | Henry Walsh | 4.0 | Brazil handover doc, Brazil washouts, Trustee emails |
| 5-Jul-2024 | Henry Walsh | 2.0 | S&D Coffee email, investigation review |
| 5-Jul-2024 | Henry Walsh | 1.0 | Brazil washouts |
| 6-Jul-2024 | Henry Walsh | 1.0 | Brazil portfolio calc |
| 6-Jul-2024 | Henry Walsh | 1.0 | Fee reporting |
| 6-Jul-2024 | Henry Walsh | 0.5 | Emails to Trustee |
| 10-Jul-2024 | Henry Walsh | 1.0 | S&D Coffee |
| 10-Jul-2024 | Henry Walsh | 1.0 | Brazil washouts |
| 10-Jul-2024 | Henry Walsh | 1.0 | Emails to Trustee |
| 10-Jul-2024 | Henry Walsh | 1.0 | Chasing AR |
| 11-Jul-2024 | Henry Walsh | 1.0 | Call with Kirschner |
| 11-Jul-2024 | Henry Walsh | 1.0 | Call with Chipman Brown - S&D |
| 12-Jul-2024 | Henry Walsh | 3.0 | S&D Coffee |
| 12-Jul-2024 | Henry Walsh | 1.0 | SBUX case - follow up |
| 13-Jul-2024 | Henry Walsh | 2.0 | SBUX case - BRG/RABO followup |
| 14-Jul-2024 | Henry Walsh | 1.0 | Chasing AR |
| 14-Jul-2024 | Henry Walsh | 3.0 | AR Reporting for Trustee, Riveron |
| 15-Jul-2024 | Henry Walsh | 2.0 | Keurig case - follow up |
| 15-Jul-2024 | Henry Walsh | 2.0 | MBR issues |
| 15-Jul-2024 | Henry Walsh | 2.0 | MBV payment issues |
| 16-Jul-2024 | Henry Walsh | 1.0 | Call with Kirschner |
| 16-Jul-2024 | Henry Walsh | 3.0 | Reconciling S&D Position |
| 17-Jul-2024 | Henry Walsh | 1.0 | Call with Kirschner, MBR, Demarest |
| 17-Jul-2024 | Henry Walsh | 2.0 | SBUX issues |
| 17-Jul-2024 | Henry Walsh | 1.0 | Call with Chipman Brown - SBUX |
| 17-Jul-2024 | Henry Walsh | 2.0 | AR reporting and chase ups for Specialty |
| 18-Jul-2024 | Henry Walsh | 1.0 | Call with Kirschner, MBR, Demarest |
| 18-Jul-2024 | Henry Walsh | 1.0 | Call with Rabo on SBX |
| 18-Jul-2024 | Henry Walsh | 1.0 | Call with Chipman Brown - SBUX |
| 23-Jul-2024 | Henry Walsh | 2.0 | AR reporting and chase ups for MBV, MCC |
| 23-Jul-2024 | Henry Walsh | 2.0 | AR - S&D Coffee |
| 24-Jul-2024 | Henry Walsh | 1.0 | Call with Riveron |
| 24-Jul-2024 | Henry Walsh | 1.0 | Call with Trustee |
| 24-Jul-2024 | Henry Walsh | 0.5 | MBR issues |

| Date | Professional | Hours | | Descriptoion |
|------|-------------|-------|---|------------|
| 25-Jul-2024 | Henry Walsh | | 3.0 | Review S&D claims details |
| 25-Jul-2024 | Henry Walsh | | 3.0 | Draft Keurig Settlement proposal |
| 26-Jul-2024 | Henry Walsh | | 1.0 | Finalise and send Keurig Settlement proposal |
| 26-Jul-2024 | Henry Walsh | | 0.5 | Chase up AR (White Coffee and others) |
| 29-Jul-2024 | Henry Walsh | | 2.0 | Clarify response to S&D coffee - review documents |
| 29-Jul-2024 | Henry Walsh | | 2.0 | Clarify response to S&D coffee - review documents |
| 29-Jul-2024 | Henry Walsh | | 2.0 | Finalise AR outstanding amounts and reports |
| 30-Jul-2024 | Henry Walsh | | 1.0 | Chase up AR (Olam) |
| 31-Jul-2024 | Henry Walsh | | 2.0 | Chase up AR (CofiRoasters) |
| 31-Jul-2024 | Henry Walsh | | 3.0 | List of outstanding items for Ops/Finance |
| **Task Code Total Hours** | | 75.0 | | |
| Non-Working Travel Time | | | | |
| | | | | |
| **Task Code Total Hours** | | - | | |
| **Total Hours** | | 87.0 | | |

**Exhibit C-2**

**Incentive Fee**



30th July 2024

# Final Fee Application
# Great Southern Cross Commodities Pty Ltd
# Chief Liquidation Officer

*This report is prepared in good faith with the information provided to Great Southern Cross Commodities Pty Ltd ("GSX") by Mercon Group and other third parties. GSX takes every effort to ensure accuracy and completeness but is not responsible for the accuracy of the data provided.*

## Summary

This is a final fee application from Great Southern Cross Commodities, for its role as Chief Liquidation Officer in the Mercon Bankruptcy Case. This has involved the negotiation and close out of over 1m bags of coffee, sales of over $15m worth of assets (excluding inventory)

| Type of Work | Bags | $ Amount | Fee Calculation |
|---|---|---|---|
| Washouts | 1,152,909 | | $ 1,220,017 |
| Novations | 27,947 | | $ 29,573 |
| Asset Sales | | $ 15,404,826 | $ 308,097 |
| Inventory Sales | 178,864 | | $ 47,319 |
| | 1,359,720 | $ 15,404,826 | $ 1,605,006 |

## Asset Sales

1) Mercafe Vietnam
   (a) Significant time spent with R&Co and legal counsel to ensure the viability of the bid
   (b) Shipping and selling out Mercon owned inventory not owned by Mercafe which was a condition precedent of the sale (more below).
   (c) Working with Mercon management to ensure documents were signed by relevant local representatives.
   (d) Assist in managing local staff issues.
   (e) Negotiation of non-Mercafe, Vietnam origin sales to prospective Sucafina.
   (f) Data analysis of the Vietnam portfolio for buyers and advisors to provide a clear picture of the volume and value of assets.
   (g) Calculation of fair value of the inventory owned by Mercafe Vietnam

2) Mercon Specialty
   (a) Validation of value of inventory, forward book, and accounts receivable
   (b) Data analysis of Mercon data, market data and prospective cash bids for inventory
   (c) Negotiation of accounts receivable to ensure highest return for the estate vs. passing AR to StoneX.

   (d) Calls with buyer, Specialty management and advisors on correct valuation, staff retention and transition process.
   (e) Assist in advising methodology around purchase price adjustment mechanism.
   (f) Pushing turn around on legal documentation from the buyer and the debtor

3) Brazil Barter Contracts
   (a) Manage bidding process to ensure a competitive price was achieved.
   (b) Succeeding in getting over 80% of advance money collected for two out of three contracts.
   (c) The third contract will be managed by the Liquidating Trust.

Washouts and collection of Accounts Receivable

- Whilst not directly tasked with securing accounts receivable in the scope of work, GSX has spent a significant amount of time negotiating with large European roasters to settle unpaid amounts.
- EU based roasters, are legally able to set off losses against AR and it has taken significant time and effort to agree a commercial outcome and avoid further delays in payment
- All four of these major roasters have signed settlement agreements.
- As part of this settlement process contracts were washed out to define the net amount payable to the Estate.

| Company | Original AR Amount | Set off Amount | AR Collected | Bags (60kg) |
|---|---|---|---|---|
| UCC | $ 2,625,060 | $ 448,000 | $ 2,177,060 | 21,444 |
| Pelican Rouge | $ 2,502,016 | $ 760,000 | $ 1,742,016 | 15,480 |
| Meinl | $ 1,244,002 | $ 405,107 | $ 838,895 | 21,240 |
| AHOLD | $ 1,097,150 | $ 448,000 | $ 649,150 | 29,520 |
| **Total** | **$ 7,468,228** | **$ 2,061,107** | **$ 5,407,121** | **87,684** |

- For other EU based clients, due to the nature of the WHOA process it was essential to calculate all potential claims and advise customers to avoid the outcome of potentially higher claims being made in the future without negotiation with the estate.
- A number of these clients required drafting of Termination Agreements or Cancellations agreements depending on the circumstances.
- This was conducted over 30 clients and some 350 plus individual contracts.
- Calculated the total financial outcomes for contracts rejected by Mercon – allowing for a more efficient washout process.
- With the increase in prices in Brazil has allowed many purchase contracts to be washed out at favourable or no cost to Mercon. This was previously a large potential liability to creditors.

Inventory (ex-Nicaragua)

- At petition date, there was approximately 550,000 bags of inventory across the Mercon group. Removing 93,000 bags of Nicaraguan coffee, that leaves approximately 455,000 bags.
- Since petition date, approximately 78,000 bags of new sales have been made to sell this coffee.
- Of the remaining ~382,000 bags, there were approximately 84,000 bags of sales that had terms change to ensure performance. These were changes of origin, changes of quality and changes in delivery terms to ensure performance. The balance was shipped as per the terms of the sales contracted pre-petition
- The CLO ensured optimisation of inventory to sales that paid quickly and delivered the best return to the estate.
- Much of the coffee that has been in storage for a long period (greater than 1 year) was found to be of poor quality due to age and quality defects.
- Selling the inventory in country for Guatemala, Honduras and Vietnam meant working with local teams and solving various operational issues.

Operational issues

- Documentary collection services had to be reinstated to handle export documentation.
- Domestic warehouse providers had not been paid and would not release coffee.
- In Vietnam the coffee lacked the correct documentation for particular export destinations.
- Coffee in Vietnam was spread across two warehouses, owned by different Mercon entities, and relied on two different shippers.
- Required coordination of third-party service provides, Mercafe staff and in-country Mercon BV staff to get the coffee moved, re-bagged, loaded and paid for.

Accounts Receivable

- Since the end of February, the accounts receivable has been reduced from approximately $35m to under $10m under MBV & MCC
- Of the $10m left there are three main buckets of AR that will be challenging to collect:
  - Over $8.75m is under legal review with regards to three specific counterparties (Keurig, S&D Coffee & Starbucks). This should be collectable but subject to legal interpretation and will be handled by the Trustee of the Liquidating Trust once effective.
  - $1.2m with Catalyst Trade that was an issue pre-petition and is in legal proceedings
  - $1.0m in Europe with Legal Le Gout that subject to a French court approved payment plan that is being fulfilled
- The balance will be managed by the Liquidating Trust.

Fee Estimate

Please see Appendix A

Kind regards

_____

Chief Liquidation Officer
Henry Walsh
Managing Director
Great Southern Cross Commodities

APPENDIX A
Great Southern Cross Commodities – Fee Calculation Final 30th July 2024



## GSX Fee Calculation Final

30-July-2024

### Washouts

| Contract Type | Entity | Bags | Lbs | Fee Rate | $ Incentive | Status |
|---|---|---|---|---|---|---|
| Purchases | SPECIALTY SEATTLE | 528 | 69,842 | 80 US pts /lb | $ 559 | Concluded |
| | MERCON B.V. | 92,361 | 12,217,199 | 80 US pts /lb | $ 97,738 | Concluded |
| | MERCON BRAZII | 284,426 | 37,622,786 | 80 US pts /lb | $ 300,982 | Concluded |
| | MERCON GUATEMALA | 74,892 | 9,906,422 | 80 US pts /lb | $ 79,251 | Concluded |
| | | - | | | | |
| Sales | SPECIALTY SEATTLE | 15,799 | 2,089,802 | 80 US pts /lb | $ 16,718 | Concluded |
| | MERCON B.V. | 440,645 | 58,286,714 | 80 US pts /lb | $ 466,294 | Concluded |
| | MERCON | 53,110 | 7,025,189 | 80 US pts /lb | $ 56,202 | Concluded |
| Pending System Updates | | | | | | |
| | ECC | 142,929 | 18,906,043 | 80 US pts /lb | $ 151,248 | Concluded |
| | GCA | 48,219 | 6,378,172 | 80 US pts /lb | $ 51,025 | Concluded |
| | | | | | $ 1,220,017 | |

### Novations

| Deal | Entity | Bags | Lbs | Fee Rate | $ Incentive | Status |
|---|---|---|---|---|---|---|
| SBUX<>Catque | MERCON B.V. | 27,947 | 3,696,673.28 | 80 US pts /lb | $ 29,573 | Concluded |

### Asset Sales

| Type of Asset | Entity | Buyer | Price (final) | Fee Rate | $ Incentive | Status |
|---|---|---|---|---|---|---|
| Business Unit | Mercafe Vietnam | Sucafina | $ 9,217,439 | 2% | $ 184,349 | Concluded |
| Business Unit | Specialty Coffee | StoneX | $ 5,428,887 | 2% | $ 108,578 | Concluded |
| Barter Contracts | Mercon Brazil | StoneX | $ 758,500 | 2% | $ 15,170 | Concluded |
| | | | | | $ 308,097 | |

### New Inventory Sales

| New Sales Since Filing C | Entity | Bags | Lbs | Fee Rate | $ Incentive | Status |
|---|---|---|---|---|---|---|
| | MERCON | 10,159 | 1,343,787 | 20 US pts /lb | $ 2,688 | Concluded |
| | MERCON B.V. | 27,628 | 3,654,550 | 20 US pts /lb | $ 7,309 | Concluded |
| | SPECIALTY SEATTLE | 24,277 | 3,211,223 | 20 US pts /lb | $ 6,422 | Concluded |
| | MERCON GUATEMALA | 12,103 | 1,600,936 | 20 US pts /lb | $ 3,202 | Concluded |
| | MERCON HONDURA | 8,105 | 1,072,123 | 20 US pts /lb | $ 2,144 | Concluded |
| | VIETNAM CMA Inventory | 12,146 | 1,606,558 | 20 US pts /lb | $ 3,213 | Concluded |
| | | 94,418 | | | $ 24,978 | |

### Sales Made with Changes to Original Terms - to ensure performance / avoid negative claims

| | Entity | Bags | Lbs | Fee Rate | $ Incentive | Status |
|---|---|---|---|---|---|---|
| | MERCON | 27,275 | 3,607,804 | 20 US pts /lb | $ 7,216 | Concluded |
| | MERCON B.V. | 53,053 | 7,017,639 | 20 US pts /lb | $ 14,035 | Concluded |
| | SPECIALTY SEATTLE | 4,119 | 544,834 | 20 US pts /lb | $ 1,090 | Concluded |
| | | 84,447 | | | $ 22,341 | |

| Total  Concluded | | | | | $ 1,605,006 | |

**Exhibit D**

**Expenses**

| Expense Category | Amount |
|---|---|
| Accounting Consultant | $676.94 |
| Airfare | $58,578.24 |
| ESTA | $21.48 |
| Ground Transportation | $1,271.95 |
| Lodging | $12,378.75 |
| Meals | $3,082.58 |
| Parking | $612.36 |
| Subscriptions | $1,884.12 |
| Telephone | $624.50 |
| Travel Insurance | $423.24 |
| **Total** | **$79,554.16** |